UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (GLG) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | OCTOBER 27, 2003 |
| Defendant. | : | |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending by 30 days the time by which plaintiff must provide opposing counsel with its expert disclosures, and otherwise modifying the current Scheduling Order, entered April 9, 2003, by extending plaintiff's expert disclosure by 30 days.

The reasons for this request are as follows:

1. The parties have cooperated in written discovery and document production.

2. Plaintiff expects to call one or more experts in this matter. Plaintiff's current deadline to disclose her expert is October 31, 2003.

3. In order to complete plaintiff's expert report, plaintiff must await the arrival of responsive documents to her written discovery directed at obtaining information needed for the expert report. This information is being gathered by defendant, but continues to be in defendant's control.

4.    Accordingly, plaintiff and her expert will require additional time to review this information once it is provided (the current estimate is sometime within a week or so) and to incorporate the information into plaintiff's expert report.

WHEREFORE, the undersigned respectfully requests that the Court enter an order modifying the Scheduling Order in this action by 30 days as follows:

1.    Plaintiff's expert disclosure from October 31, 2003 to November 30, 2003.

John Stretton, Esq., counsel for defendant, has been consulted and stated he has no objection to the granting of this Motion. This is the third request by plaintiff for an extension or modification of any deadline in the Scheduling Order.

By _____
Scott R. Lucas (ct00517)
Michel Bayonne (ct24628)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
E-mail: slucas@mlc-law.com

2

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of October, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Tel: (203) 353-6819

_____
Michel Bayonne