UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET MARY KELLEY, | CIVIL ACTION NO. |
| Plaintiff, | 03-CV-57 (GLG) |
| V. | |
| SUN MICROSYSTEMS, INC., | OCTOBER 27, 2003 |
| Defendant. | |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending by 30 days the time by which plaintiff must provide opposing counsel with its expert disclosures, and otherwise modifying the current Scheduling Order, entered April 9, 2003, by extending plaintiff's expert disclosure by 30 days.

The reasons for this request are as follows:

1. The parties have cooperated in written discovery and document production.

2. Plaintiff expects to call one or more experts in this matter. Plaintiff's current deadline to disclose her expert is October 31, 2003.

3. In order to complete plaintiff's expert report, plaintiff must await the arrival of responsive documents to her written discovery directed at obtaining information needed for the expert report. This information is being gathered by defendant, but continues to be in defendant's control.

Motion Granted as to extending time to November 30, 2003 for plaintiff's expert disclosures.

October 29, 2003
Waterbury, CT

GERARD L. GOETTEL, U.S.D.J.