FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (GLG) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | NOVEMBER 25, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND SET OF INTERROGATORIES AND PRODUCTION REQUESTS

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. hereby moves for an extension of time of seventeen (17) days until and including December 14, 2003 to answer, object, or otherwise respond to the Plaintiff's Second Set of Interrogatories and Production Requests. Defendant's counsel requires this additional time to review the requests, confer with Defendant, and compile responsive documents. This is the first request with respect to this time limitation. Plaintiff's counsel consents to this motion.

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By_____
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time has been sent via first class mail, postage prepaid, to:

> Michel Bayonne, Esq.
> Scott Lucas, Esq.
> Martin Lucas & Chiofi, LLP
> 1177 Summer Street
> Stamford, CT 06905

This 25th day of November, 2003.

_____
John G. Stretton