3CV57m extime

FILED

UNITED STATES DISTRICT COURT '03

DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (GLG) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | NOVEMBER 25, 2003 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO SECOND SET OF INTERROGATORIES
AND PRODUCTION REQUESTS**

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. hereby moves for an extension of time of seventeen (17) days until and including December 14, 2003 to answer, object, or otherwise respond to the Plaintiff's Second Set of Interrogatories and Production Requests. Defendant's counsel requires this additional time to review the requests, confer with Defendant, and compile responsive documents. This is the first request with respect to this time limitation. Plaintiff's counsel consents to this motion.

FILED
Dec 2   3 46 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By _____
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667