RECEIVED

FILED
Dec 12  3 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (GLG) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | DECEMBER 8, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. moves to modify the scheduling order applicable to this matter. The requested modification is seeks to extend all remaining deadlines by approximately forty-five (45) days. In support of this request, Defendant avers as follows:

1. This is Defendant's first request to modify the scheduling order;

2. Plaintiff consents to this modification;

3. Each of Plaintiff's requests for modification of the scheduling order were granted without objection. The most recent modification requested by Plaintiff extended her deadline to disclose experts until November 30, 2003. Under the present schedule, Defendant is required to review Plaintiff's expert's report, depose Plaintiff's Expert and disclose Defendant's expert by December 14, 2003, a fourteen (14) day period. Additional time will be required to allow Defendant to consult with its counsel and complete the aforementioned tasks.

4. The modification of the expert deadlines necessarily requires a modification of the remaining deadlines so as to maintain a fluid and reasonable scheduling order.

WHEREFORE, Defendant Sun Microsystems respectfully requests that the Court enter an order modifying the Scheduling Order in this action by 45 days as follows:

(1) **January 30, 2004:**   Depositions of Plaintiff's experts to be completed.

(2) **January 30, 2004:**   Defendant to designate trial experts.

(3) **March 15, 2004:**   Depositions of Defendant's experts to be completed.

(4) **March 15, 2004:**   All discovery to be completed.

(5) **April 30, 2004:**   Dispositive motions to be filed.

(6) **June 15, 2004:**   Joint Trial Memorandum will be filed within 30 days of the Court's ruling on dispositive motions or, if no such motions are made, by June 15, 2004.

(7) **July 1, 2004:**   The case will be ready for trial within 60 days of the Court's ruling on dispositive motions or by July 1, 2004.

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By_____
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Modify Scheduling Order was sent via first class mail, postage prepaid, to:

>Michel Bayonne
>Martin Lucas & Chiofi, LLP
>1177 Summer Street
>Stamford, CT 06905

This 8th day of December, 2003.

_____
John G. Stretton