```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
MARGARET MARY KELLEY,               :
                                    :
        Plaintiff,                  :            ORDER
                                    :
    -against-                       :
                                    :     3: 03 CV 0057 (GLG)
SUN MICROSYSTEMS, INC.,             :
                                    :
        Defendant.                  :
-----------------------------------X
```

Defendant's request to modify the scheduling order [Doc. #26] is **Granted**. The Scheduling Order is modified as follows:

| | |
|---|---|
| Depositions of plaintiff's experts: | January 30, 2004 |
| Defendant to designate trial experts: | January 30, 2004 |
| Depositions of defendant's experts: | March 15, 2004 |
| Dispositive motions: | April 30, 2004 |
| Joint Trial Memorandum: | June 15, 2004 |
| Trial Readiness: | July 1, 2004 |

**SO ORDERED.**

**Dated:   December 30, 2003**
        **Waterbury, CT**                              /s/
                                              **Gerard L. Goettel**
                                                  **U.S.D.J.**