FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (GLG) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | JANUARY 14, 2004 |

## MOTION ON CONSENT FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. moves to modify the scheduling order applicable to this matter. The requested modification is seeks to extend all remaining deadlines by approximately thirty (30) days. In support of this request, Defendant avers as follows:

1. This is Defendant's second request to modify the scheduling order;

2. Plaintiff consents to this modification;

3. Despite diligent effort to conform to the existing deadlines, the parties deem it necessary to modify the pending deadlines in order to ensure that discovery is completed in an orderly and timely fashion. Notwithstanding the time restraints posed by the recent holiday season, the parties are close to resolving the issues remaining with all written discovery issued and have commenced the deposition of Plaintiff.

4. Moreover, the time restraints posed by the recent holiday season have also rendered it difficult for counsel for Defendant to complete its review of, and discuss in detail with its client, the expert report recently furnished by the expert retained by Plaintiff. It is anticipated that this review can be completed in the very near future and that the deposition of Plaintiff's expert can be completed within the deadlines now proposed.

5. The modification of the expert deadlines necessarily requires a modification of the remaining deadlines so as to maintain a fluid and reasonable scheduling order.

WHEREFORE, Defendant Sun Microsystems respectfully requests that the Court enter an order modifying the Scheduling Order in this action by 30 days as follows:

| | | |
|---|---|---|
| (1) | **March 1, 2004:** | Depositions of Plaintiff's experts to be completed. |
| (2) | **March 1, 2004:** | Defendant to designate trial experts. |
| (3) | **April 15, 2004:** | Depositions of Defendant's experts to be completed. |
| (4) | **April 15, 2004:** | All discovery to be completed. |
| (5) | **June 30, 2004:** | Dispositive motions to be filed. |
| (6) | **July 15, 2004:** | Joint Trial Memorandum will be filed within 30 days of the Court's ruling on dispositive motions or, if no such motions are made, by June 15, 2004. |
| (7) | **August 1, 2004:** | The case will be ready for trial within 60 days of the Court's ruling on dispositive motions or by July 1, 2004. |

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By_____
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667

NYC_172114_1/JSTRETTON

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Modify Scheduling Order was sent via first class mail, postage prepaid, to:

> Michel Bayonne
> Martin Lucas & Chiofi, LLP
> 1177 Summer Street
> Stamford, CT 06905

This 14th day of January, 2004.

_____
John G. Stretton