**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
MARGARET MARY KELLEY,               :
                                    :
        Plaintiff,                  :         ORDER
                                    :
    -against-                       :
                                    :      3: 03 CV 0057 (GLG)
SUN MICROSYSTEMS, INC.,             :
                                    :
        Defendant.                  :
-----------------------------------X
```

Defendant's request to modify the scheduling order [Doc. #28] is **granted.** The Scheduling Order is modified as follows:

| | |
|---|---|
| Depositions of plaintiff's experts: | March 1, 2004 |
| Defendant to designate trial experts: | March 1, 2004 |
| Depositions of defendant's experts: | April 15, 2004 |
| Discovery Completed | April 15, 2004 |
| Dispositive motions: | June 30, 2004 |
| Joint Trial Memorandum: | July 15, 2004 |
| Trial Readiness: | August 1, 2004 |

**SO ORDERED.**

**Dated:   January 20, 2004**
**         Waterbury, CT**                          /s/
                                           **Gerard L. Goettel**
                                                **U.S.D.J.**