UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 25  3 37 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MARGARET MARY KELLEY, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 3:03CV57 (GLG) |
| | ) |
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) FEBRUARY 24, 2004 |

## UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. moves to modify the scheduling order applicable to this matter. The requested modification seeks to extend by thirty days the deadline set for Defendant to depose Plaintiff's expert and, if necessary, disclose its own expert. In support of this request, Defendant avers as follows:

1. This is Defendant's third request to modify the scheduling order;

2. Plaintiff consents to this modification;

3. On February 13, 2004, Defendant noticed the deposition of Plaintiff's expert for February 26, 2004. The Scheduling Order required that this deposition be completed by March 1, 2004. At the request of counsel for Plaintiff, who cited scheduling conflicts, Defendant agreed to postpone this deposition until March of 2004; and

4. The parties will continue to work diligently to conform to all existing deadlines.

WHEREFORE, Defendant Sun Microsystems respectfully requests that the Court enter an order modifying the Scheduling Order in this action as follows:

(1) **March 31, 2004:**     Depositions of Plaintiff's experts to be completed.

(2) **March 31, 2004:**     Defendant to designate trial experts.

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By_____
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Modify Scheduling Order was sent via first class mail, postage prepaid, to:

> Michel Bayonne
> Martin Lucas & Chiofi, LLP
> 1177 Summer Street
> Stamford, CT 06905

This 24th day of February, 2004.

_____
John G. Stretton