FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     FEB 25   3 37 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (GLG) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | FEBRUARY 24, 2004 |

**UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. moves to modify the scheduling order applicable to this matter. The requested modification seeks to extend by thirty days the deadline set for Defendant to depose Plaintiff's expert and, if necessary, disclose its own expert. In support of this request, Defendant avers as follows:

1. This is Defendant's third request to modify the scheduling order;

2. Plaintiff consents to this modification;

3. On February 13, 2004, Defendant noticed the deposition of Plaintiff's expert for February 26, 2004. The Scheduling Order required that this deposition be completed by March 1, 2004. At the request of counsel for Plaintiff, who cited scheduling conflicts, Defendant agreed to postpone this deposition until March of 2004; and

4. The parties will continue to work diligently to conform to all existing deadlines.

Motion GRANTED on consent.

2/27/04

Gerard L. Goettel, USDJ