FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET MARY KELLEY, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 3:03CV57 (GLG) |
| | ) |
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) APRIL 8, 2004 |

## DEFENDANT'S MOTION TO WITHDRAW
## MOTION TO COMPEL AND FOR SANCTIONS

Defendant Sun Microsystems, Inc. hereby moves to withdraw its Motion to Compel and For Sanctions dated March 30, 2004. The issues surrounding the deposition of Plaintiff's expert Sheldon Wishnick were resolved to the satisfaction of both parties. Accordingly, Sun Microsystems, with the consent of Plaintiff, respectfully requests that the Court permit it to withdraw its Motion to Compel and For Sanctions dated March 30, 2004.

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By_____
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Motion to Compel and for Sanctions was sent via first class mail, postage prepaid, to:

>Scott Lucas
>Michel Bayonne
>Martin Lucas & Chiofi, LLP
>177 Broad Street
>Stamford, CT 06901

this 8th day of April, 2004.

_____
John G. Stretton