UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET MARY KELLEY,                    )
                                         )
              Plaintiff,                  )    CIVIL ACTION NO.
v.                                       )    3:03CV57 (GLG)
                                         )
SUN MICROSYSTEMS, INC.,                  )
                                         )
              Defendant.                  )    APRIL 8, 2004

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), Plaintiff Margaret Mary Kelley and Defendant Sun Microsystems, Inc. hereby move to modify the scheduling order applicable to this matter. The requested modification seeks to extend all remaining deadlines by approximately forty-five (45) days. In support of this request, the parties aver as follow:

1.      Modification of the scheduling order is necessary to ensure that discovery is completed in an orderly and timely fashion. The parties have recently resolved numerous discovery disputes regarding the deposition of Plaintiff's expert and the depositions of numerous employees of Sun Microsystems. Due to the number of depositions and the scheduling difficulties necessarily associated with each deposition, three of which will be held out-of-state, the parties deem it necessary to extend the close of discovery until June 1, 2004 (presently set at April 15, 2004).

2.      The modification of the close of discovery deadline necessarily requires a modification of the remaining deadlines so as to maintain a fluid and reasonable scheduling order; and

3.      This is the parties' first joint motion to modify the scheduling order. Plaintiff and Defendant have each sought to modify the scheduling order on three prior occasions;

WHEREFORE, Defendant Sun Microsystems respectfully requests that the Court enter an order modifying the Scheduling Order in this action by 45 days as follows:

| | | |
|---|---|---|
| **(1)** | **May 1, 2004:** | Depositions of Plaintiff's experts to be completed. |
| **(2)** | **May 1, 2004:** | Defendant to designate trial experts. |
| **(3)** | **June 1, 2004:** | Depositions of Defendant's experts to be completed. |
| **(4)** | **June 1, 2004:** | All discovery to be completed. |
| **(5)** | **August 15, 2004:** | Dispositive motions to be filed. |
| **(6)** | **September 1, 2004:** | Joint Trial Memorandum will be filed within 30 days of the Court's ruling on dispositive motions or, if no such motions are made, by June 15, 2004. |
| **(7)** | **September 15, 2004:** | The case will be ready for trial within 60 days of the Court's ruling on dispositive motions or by July 1, 2004. |

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By_____
    John G. Stretton (CT 19902)
    301 Tresser Boulevard
    Stamford, CT 06901
    Tel.: (203) 353-6819
    Fax: (888) 325-1667

PLAINTIFF
MARGARET MARY KELLEY
BY MARTIN LUCAS & CHIOFFI, LLP
HER ATTORNEYS

By_____
    Michel Bayonne
    177 Broad Street
    Stamford, CT 06902
    Tel.: (203) 973-5200
    Fax: (203) 973-5250

NYC_175675_1/JSTRETTON

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Modify Scheduling Order

was sent via first class mail, postage prepaid, to:

> John G. Stretton
> Edwards & Angell LLP
> 301 Tresser Boulevard
> Stamford, CT 06901

this __12__ day of April, 2004.

_____
Michel Bayonne

NYC_175675_1/JSTRETTON