**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
MARGARET MARY KELLEY,               :
                                    :
        Plaintiff,                  :         ORDER
                                    :
    -against-                       :
                                    :   3: 03 CV 0057 (GLG)
SUN MICROSYSTEMS, INC.,             :
                                    :
        Defendant.                  :
------------------------------------X
```

Defendant's motion to withdraw its motion to compel and for sanctions [Docket # 33] is **granted.**

    **SO ORDERED.**

**Dated:   April 14, 2004**
**         Waterbury, CT**                         /s/
                                            **Gerard L. Goettel**
                                              **U.S.D.J.**