**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
MARGARET MARY KELLEY,               :
                                    :
       Plaintiff,                   :         ORDER
                                    :
    -against-                       :
                                    :    3: 03 CV 0057 (GLG)
SUN MICROSYSTEMS, INC.,             :
                                    :
       Defendant.                   :
-----------------------------------X
```

The joint motion to modify the scheduling order [Doc. #34] is **granted**. The Scheduling Order is modified as follows:

| | |
|---|---|
| Depositions of plaintiff's experts: | May 1, 2004 |
| Defendant to designate trial experts: | May 1, 2004 |
| Depositions of defendant's experts: | June 1, 2004 |
| Discovery Completed | June 1, 2004 |
| Dispositive motions: | August 15, 2004 |
| Joint Trial Memorandum: | September 1, 2004 |
| Trial Readiness: | September 15, 2004 |

       **SO ORDERED.**

**Dated:   April 15, 2004**
**        Waterbury, CT**                                         /s/
                                                                      Gerard L. Goettel
                                                                        U.S.D.J.