UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (GLG) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | APRIL 15, 2004 |
| Defendant. | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff hereby moves to amend her First Amended Complaint filed April 8, 2003 pursuant to Federal Rules of Civil Procedure 15(a) and 16(b), collectively.

The Second Amended Complaint, attached hereto as Exhibit 1, seeks to add one additional basis of liability asserting claims of retaliation pursuant to Title VII, ADEA and Connecticut law. As set forth in detail in the accompanying memorandum, there has been no undue delay in making the present Motion, there will be no prejudice or surprise should leave be granted, and there is good cause for such leave. Moreover, the claim plaintiff seeks to add arises out of the conduct, transactions and occurrences set forth in the original Complaint.

- 2 -

Accordingly, plaintiff hereby requests that her Motion to amend the Complaint be granted in its entirety.

By    _____/S/_____
       Scott R. Lucas (CT00517)
       Michel Bayonne (CT24628)
       *Attorneys for Margaret Mary Kelley*
       Martin Lucas & Chioffi, LLP
       177 Broad Street
       Stamford, CT 06901
       Phone: (203) 973-5200
       Fax: (203) 973-5250
       slucas@mlc-law.com
       mbayonne@mlc-law.com

- 3 -

### *CERTIFICATE OF SERVICE*

This is to certify that on this 15th day of April 2004, the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken (CT03110)
John G. Stretton (CT 19902)
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

```
____/S/_____
```
Scott R. Lucas