STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

MARGARET MARY KELLEY,               :
                                    :   CHRO CASE NO.:   0220279
          Complainant,              :   EEOC CASE NO.:   [unknown]
                                    :
                                    :
SUN MICROSYSTEMS, INC.,             :
                                    :   MAY 6, 2001
          Respondent.               :

## *COMPLAINANT'S VERIFIED REPLY*

1.    I am submitting this affidavit in supplement to my complaint and to clarify some points raised by respondent Sun Microsystems, Inc. ("Sun") in its opposition papers.

2.    At the time I was hired, I had recently left Meta Group where I had been in the position of Global Account Manager for approximately two years. In that position, I was responsible for sales of consulting services to the telecommunications industry. I have over 20 years of sales and management experience in the information technology industry, with more than 10 years of sales to General Electric.

3.    One of my primary duties with respondent was to sell hardware, software and consulting services to General Electric, with a focus on international business, a task for which I was well-qualified.

4.    I started September 18, 2000 and was immediately required to "hit the ground running" with a quota of $10-$13 million in annual sales revenue.

5.    For the period September 18, 2000 through my July 23, 2001 termination notification date, I generated over $22 million in revenue – more than *twice* the sales quota I was given.

6.    In contrast, the two other sales representatives in my department, Kristen Powers (approximately age 32) and Michael Kozak (approximately age 30) *combined* had a total sales figure less than mine alone.

7.    During my tenure with Sun, I never received negative feedback, nor was I told my job performance was inadequate or in jeopardy. I did, however, receive unequal treatment and was the victim of favoritism toward my younger coworkers. For example, chronic tardiness by Kristen Powers was tolerated and favorable treatment was accorded Michael Kozak who was neither required to "hit the ground running" nor to perform at a level even close to my required performance level. He was treated significantly more favorably in other areas (e.g., hours worked, required meetings, training, etc.).

8.    During my employment, I was subject to screaming fits by Steven Fugazy, stating he had contempt for me and otherwise acting irrationally toward my presence. He did not act this way toward Kristen Powers or Mike Kozak. I did, however, witness such conduct directed toward another woman over age 40, Jackie Davis, who ultimately left the group.

9.    Upon notice of my employment termination, I received several anonymous phone calls about a potential "class action" age discrimination complaint. I informed the caller I was not interested and wanted to pursue a career with respondent.

10.    A simple review of respondent's purported justification for my termination demonstrates an untruthfulness that is readily apparent. A simple comparison of my sales and job performance with those of my younger counterparts demonstrates the lack of credibility of respondent's claim I was "slower to advance" than my coworkers or demonstrated less "upside potential." Indeed, such a subjective justification in the face of the objective evidence to the contrary is inherently suspect.

2

11.     Incident to my termination, I spoke with Kelly Marzarus in respondent's Human Resources Department who told me the criterion for selection for termination was as follows:

- **THE ACCOUNT** - The Account is General Electric. I have more than 10 years selling to General Electric for other companies. I was recruited by Bruce Likly, the District Manager, to come to Sun due to my extensive international and domestic experience with GE. Mr. Likly was promoted after my hiring, leaving Steve Fugazy in charge of my department.

- **LOCATION OF THE SALES REP** – I live in Greenwich, Connecticut, and Mike Kozak (hired Jan. 2001) lives outside of Princeton, New Jersey. GE's headquarters are in Fairfield, Connecticut and Stamford, Connecticut where most of the sales calls were made. Accordingly, my location is more favorable. (Kristen lives in Danbury, Connecticut.)

- **WHAT THE ACCOUNT NEEDED FROM A SUPPORT STANDPOINT** - Based on my performance and the revenue I generated with the "account," I was providing what they needed.

- **SALES REP PERFORMANCE** – As of July 23, 2001, I had produced more than $22 million for the General Electric team.

- **SKILLS** - I have 24 years of sales and management experience in the computer industry. Mr. Kozak has no IT experience. During my one-year tenure with Sun, I received numerous accolades for my performance. (<u>See</u> correspondence attached.)

As described, I compare favorably to both Ms. Powers and Mr. Kozak.

12.     Moreover, according to respondent's own statistics, of the 22 sales representatives in Global Sales terminated nationwide, 16 were over age 40, and 4 more were in their late 30s.

13.     I complained to Human Resources I was being treated differently than the other two sales representatives by Steve Fugazy, and I also queried why Mike Kozak, who was from New Jersey, could not be transferred to a position that I knew had opened up close to his home. I received no response at all from Steve Fugazy, and Human Resources deferred to Mr. Fugazy.

14.     Of the sales representatives terminated in Stamford, Connecticut, *all* were women, except for one: (1) myself; (2) Eileen Bianchini; and (3) Marla McGrail. The only male was John Omerso. Mr. Omerso was rehired into a position I interviewed for incident to my termination. I was told by the interviewer, who had checked all my outside references, that all was set except he needed

3

to talk to Steve Fugazy. The next thing I knew, I did not have the job, it was instead offered to a male, Mr. Omerso (who did not make his quota number for the year!). When I confronted Steve Fugazy, he simply said he did not think I was capable and that I "[did] not have it."

15.    I believe it is clear that Sun favors younger, male sales representatives, at least in the Stamford, Connecticut office, and that I was treated unfairly and was the victim of ageist and sexist stereotyping by Steve Fugazy.

4

## *VERIFICATION*

*STATE OF CONNECTICUT*   )
                         )     **SS:**   *STAMFORD*
*COUNTY OF FAIRFIELD*     )

    *Margaret Mary Kelley*, being duly sworn, hereby deposes and says:

    1.     I am over the age of 18 and believe in the obligations of an oath to tell the truth.

    2.     I am the plaintiff herein, and have personal knowledge of all the facts stated in the foregoing Verified Reply to Respondent's Answer and Affidavits.

    3.     I have read and reviewed the statements of fact made in the foregoing Verified Reply, and said statements are true and accurate to the best of my present knowledge and belief, except as to matters stated on information and belief, and as to those, I believe them to be true.

Margaret Mary Kelley

Subscribed and sworn to before me this
6th day of May, 2002.

Commissioner of the Superior Court

5

Date: Thu, 19 Jul 2001 14:51:38 -0400
From: Jay Seaman - District Technology Manager <Jay.Seaman@Sun.COM>
X-Accept-Language: en
To: Meg Kelley - GE Global Account Representative <Meg.Kelley@Sun.COM>
Subject: Re: Yearly SE performance reviews
Content-Transfer-Encoding: 7bit

Thanks Meg - good insights, especially your comments at the
end.


Jay

Meg Kelley - GE Global Account Representative wrote:
>
> Jay,
>
> This is my response to your request.  Please let me know if you have
> any questions.
>
> Meg
>
> Date: Thu, 14 Jun 2001 16:04:21 -0400
> From: Jay Seaman - District Technology Manager <Jay.Seaman@Sun.COM>
> X-Accept-Language: en
> To: globalsales@east.sun.com
> Subject: Yearly SE performance reviews
> Content-Transfer-Encoding: 7bit
>
> It's that time of year again - time to review the performance of
> each individual Systems Engineer. The major reason we do this
> annual assessment is to help each SE build a development plan for
> the coming year and review progress against last year's plan.
> While the SEs report to me, they work every day with you, the
> sales reps. Consequently I'm very interested in what you have
> to say about how the SEs performed for you during the year in
> 3 general areas.
>
> 1) Performance against Objectives:
> A major goal of the SE organization is to increase the effectiveness
> of the sales team through technical accuracy, evangelism, and customer
> education. The measurement of sales effectiveness is goal attainment,
> so please comment on how important your SE partner has been towards goal
> attainment, and provide some specific examples of how the SE accelerated
> the sales cycle or enabled you to increase the value of a sale.
>
> 2) Technical Expertise:
> SEs are charged with being knowledgeable about a broad range of
> technical
> topics. How well does your SE partner deal with technical topics
> required
> by your customers? How effective has your SE partner been in developing
> and maintaining his/her technical knowledge as new products and
> technologies
> emerge and become important to your customers?
>
> 3) Professional Skills:
> The field sales organization is the face the customer sees of Sun
> Microsystems.
> As such, the SE needs to have the appropriate professional skills in
>           a) dealing with people - style, courtesy, listening
>           b) communications - written, verbal, presentations
>           c) teamwork - team player, flexible roles, open sharing
>           d) problem solving - responsible, innovative, creative, focused
>           e) planning - prioritizes, set objectives, methodology
>

From: "Besser, Christine (CAP, GCF)" <Christine.Besser@gecapital.com>
To: "'meg.kelley@sun.com'" <meg.kelley@Sun.COM>
Subject: Evaluation Form
Date: Tue, 24 Jul 2001 07:39:09 +0200

Meg
Thanks again for the great event. I enjoyed it so much and learned a lot the
two days.
Attached pls. find the requested evaluation form.
Please get in touch with me, if you should be in Vienna next time.
Kind regards
Christine


CHRISTINE BESSER
g GE Capital Global Consumer Finance
_____

Project Manager - Global Initiatives e-Business (IT/HR)
Donau-City Strasse 6
A-1220 Wien
Phone:+43.1.26070.9218
Fax:    +43.1.26070.9275
Mobile: + 43 676 8131-9218
e-mail: christine.besser @gecapital.com
<mailto:hermine.haller@gecapital.com>


[1] "SUN MICROSYSTEMS EVAL.doc" MS_WORD, 46080 bytes

Date: Thu, 28 Jun 2001 16:34:02 -0400 (EDT)
From: Kristen Powers - Tristate District <Kristen.Powers@Sun.COM>
Subject: GCF Women's IT Forum
To: meg.kelley@east.sun.com

Congratulations and great job!

-k


------------ Begin Forwarded Message ------------

Subject: GCF Women's IT Forum
To: global@east.sun.com
MIME-Version: 1.0
Content-MD5: HOTzrA7d+93G/YYkPI89nQ==


Meg:  Awsome job!  Kudos to you!

I know that you worked very hard on this event, and I hope that it feels good to
have the customer tell you that you delivered a GREAT EVENT!

Congratulations,
steve

ps: the attached email was sent to me earlier today by Leonard Kim - CIO GE
Capital GCF.  It concerns the GE WITI customer visit to Sun that Meg Kelley ran
last week.
------------ Begin Forwarded Message ------------

From: "Kim, Leonard  (CAP, GCF)" <Leonard.Kim@gecapital.com>
To: "'steve.fugazy@sun.com'" <steve.fugazy@sun.com>
Cc: "'meg.kelley@sun.com'" <meg.kelley@sun.com>
Subject: GCF Women's IT Forum
Date: Thu, 28 Jun 2001 14:06:27 -0400
MIME-Version: 1.0


Steve,

I just wanted to take moment to thank you, Meg and everyone at Sun who
sponsored our visit last week.  Without question, the visit to Sun was the
most technical and informative.  Given the fact that everyone in the group
was from IT or E-biz, the content was right on target.

The visit has already generated several inquires into the iPlanet product
line and many are planning to take advantage of the iForce facility.  The
presentations by Liz and Lew were particularly well received.  Afterwards,
many of us talked about the continuing commoditization of hardware and how
insightful of Sun it was to be focused on more cutting edge topics like
knowledge management.

Meg could not have been more helpful.  Everything worked like clockwork and
I think many of the participants developed an important relationship with
our partners at Sun.  Thanks again for your effort.

Leonard.

------------ End Forwarded Message ------------

Date: Thu, 28 Jun 2001 17:08:27 -0400
From: Jay Seaman - District Technology Manager <Jay.Seaman@Sun.COM>
X-Accept-Language: en
To: Meg Kelley <Meg.Kelley@Sun.COM>, Steven Fugazy <Steve.Fugazy@Sun.COM>
Subject: [Fwd: GCF Women's IT Forum]
Content-Transfer-Encoding: 7bit

Meg-

Terrific job! I know it was frantic, but it all worked out. On top of
having great customer exposure, you've developed a mini-network of
valuable corporate visit speakers.

Great job, and enjoy your vacation.


Jay


Steve Fugazy - Global Accounts District Sales Manager wrote:
>
> Meg:  Awsome job!  Kudos to you!
>
> I know that you worked very hard on this event, and I hope that it feels good to
> have the customer tell you that you delivered a GREAT EVENT!
>
> Congratulations,
> steve
>
> ps: the attached email was sent to me earlier today by Leonard Kim - CIO GE
> Capital GCF.  It concerns the GE WITI customer visit to Sun that Meg Kelley ran
> last week.
> ------------- Begin Forwarded Message -------------
>
> From: "Kim, Leonard  (CAP, GCF)" <Leonard.Kim@gecapital.com>
> To: "'steve.fugazy@sun.com'" <steve.fugazy@sun.com>
> Cc: "'meg.kelley@sun.com'" <meg.kelley@sun.com>
> Subject: GCF Women's IT Forum
> Date: Thu, 28 Jun 2001 14:06:27 -0400
> MIME-Version: 1.0
>
> Steve,
>
> I just wanted to take moment to thank you, Meg and everyone at Sun who
> sponsored our visit last week.  Without question, the visit to Sun was the
> most technical and informative.  Given the fact that everyone in the group
> was from IT or E-biz, the content was right on target.
>
> The visit has already generated several inquires into the iPlanet product
> line and many are planning to take advantage of the iForce facility.   The
> presentations by Liz and Lew were particularly well received.  Afterwards,
> many of us talked about the continuing commoditization of hardware and how
> insightful of Sun it was to be focused on more cutting edge topics like
> knowledge management.
>
> Meg could not have been more helpful.  Everything worked like clockwork and
> I think many of the participants developed an important relationship with
> our partners at Sun.  Thanks again for your effort.
>
> Leonard.
>
> ------------- End Forwarded Message -------------

From: "Kim, Leonard  (CAP, GCF)" <Leonard.Kim@gecapital.com>
To: "'steve.fugazy@sun.com'" <steve.fugazy@sun.com>
Cc: "'meg.kelley@sun.com'" <meg.kelley@sun.com>
Subject: GCF Women's IT Forum
Date: Thu, 28 Jun 2001 14:06:27 -0400


Steve,

I just wanted to take moment to thank you, Meg and everyone at Sun who
sponsored our visit last week.  Without question, the visit to Sun was the
most technical and informative.  Given the fact that everyone in the group
was from IT or E-biz, the content was right on target.

The visit has already generated several inquires into the iPlanet product
line and many are planning to take advantage of the iForce facility.   The
presentations by Liz and Lew were particularly well received.  Afterwards,
many of us talked about the continuing commoditization of hardware and how
insightful of Sun it was to be focused on more cutting edge topics like
knowledge management.

Meg could not have been more helpful.  Everything worked like clockwork and
I think many of the participants developed an important relationship with
our partners at Sun.  Thanks again for your effort.

Leonard.

Date: Thu, 28 Jun 2001 16:46:11 -0400 (EDT)
From: Meg Kelley - GE Global Account Representative <mk117277@stamford.east>
Subject: RE: Thank You
To: Liz.From@Sun.COM

Liz,

Please let me know what happens here!  Congrats!  Good message
from Leonard kim!!

Meg


------------ Begin Forwarded Message ------------

From: "Ong, Phebe (CAP, CARD)" <Phebe.Ong@gecapital.com>
To: "'Meg Kelley - GE Global Account Representative'" <Meg.Kelley@sun.com>
Subject: RE: Thank You
Date: Thu, 28 Jun 2001 13:47:01 -0400

Hi Meg,

Thanks very much for your hospitality and for organizing such an excellent program.  The v
isit was
extremely beneficial and informative.  Liz and I will probably be talking soon.

Thanks,
Phebe

------------ End Forwarded Message ------------


Meg Kelley
GE Global Sales
SUN Microsystems Inc.
281 Tresser Boulevard
Stamford, CT 06901
USA

Tel:    +1.203.462.9507
Fax:    +1.203.462.9559
e-mail: meg.kelley@sun.com

From: "Andrews, Betsy  (CAP, GCF)" <Betsy.Andrews@gecapital.com>
To: "'Meg Kelley - GE Global Account Representative'" <Meg.Kelley@sun.com>
Subject: RE: Thank You For Your Visit to SUN Headquarters! ~ Meg Kelley an d your SUN GE T eam
Date: Wed, 27 Jun 2001 08:18:53 -0400

Thanks again Meg for hosting us.  I know it was a lot of work to put
together the two days especially at your year end.  Thanks to everyone for
giving up there Saturday afternoon -- I know how much I treasure my
weekends, so I really appreciate you giving us some of your personal time.
The sessions were very informative and I enjoyed the company as well.


Regards,
Betsy

-----Original Message-----
From: Meg Kelley - GE Global Account Representative
[mailto:Meg.Kelley@Sun.COM]
Sent: Tuesday, June 26, 2001 7:58 PM
To: Andrews, Betsy (CAP, GCF)
Subject: Thank You For Your Visit to SUN Headquarters! ~ Meg Kelley and
your SUN GE Team


Hello Betsy!

On behalf of your SUN GE Team I want to thank you for your visit to
the SUN headquarters.  It was a pleasure and an honor to host such a
dynamic group of GE women (and men).  We had a long day at the end of
your long week in the United States.  Everyone, however, participated
in the presentations as if it was the first day of your week!

My hope is that you learned more about SUN and you can apply that
knowledge to help you achieve your goals. Also, perhaps you met someone
while visiting SUN that you can keep in contact with resulting in a
rewarding professional relationship. Finally, I will view our time
together a success if you had FUN!

I requested the presentations from the SUN executives and I will forward
them to you as soon as possible.

Thank you again. Please call me if I can be of any help to you.

Warm regards,


Meg Kelley
GE Global Sales
SUN Microsystems Inc.
281 Tresser Boulevard
Stamford, CT 06901
USA

Tel     +1.203.462.9507
Fax     +1.203.462.9559
e-mail: meg.kelley@sun.com

From: Elizabeth From <Liz.From@Sun.COM>
Date: Mon, 25 Jun 2001 17:23:20 -0400
To: "Meg Kelley - GE Global Account Representative" <Meg.Kelley@Sun.COM>
Subject: Re: GE Women In Technology International ~ Thank You For Your Internet Presentati
on
Content-Transfer-Encoding: 7bit

Meg,
I was so glad I could help you and the team. And thanks so much for cc-ing my manager - he
 sent it to his manager as well.

I was a bit nervous, so I'm really glad it turned out so well. YOu and the team did a TERR
IFIC job, and it was a pleasure to work with you.

Thanks, Liz

**Subject: RE: SUN Microsystems Meeting 6/27/01**
    **Date:** Thu, 28 Jun 2001 08:51:59 -0400
   **From:** "McCrystal, Steve (CAP, CORP)" <Steve.McCrystal2@gecapital.com>
     **To:** "'Meg Kelley - GE Global Account Representative'" <Meg.Kelley@sun.com>

```
Thanks Meg - Good synopsis.
Steve

-----Original Message-----
From: Meg Kelley - GE Global Account Representative
[mailto:Meg.Kelley@Sun.COM]
Sent: Wednesday, June 27, 2001 6:44 PM
To: McCrystal, Steve (CAP, CORP)
Cc: Merchant, Matt (CAP, CORP)
Subject: SUN Microsystems Meeting 6/27/01


Steve,

        Thank you for the time you spent today with Steve
        Fugazy and me. The items we needed to follow up on
        are as follows:

1.      SRS - what exactly does the product monitor and alert SUN to?

2.      SUN product overview for your team the week of July 23, 2001.
        We will include a detailed explanation of the new SUNfire
        product versus the last generation of Enterprise servers.

3.      Contact Mark Rheiner to establish the GCO team moving forward
        after July 15 - August 15

4.      Contact Matt Merchant about the DW project.

I spoke to Matt Merchant today and we will schedule a meeting for the
week after next.

As you may know, SUN will be closed next week. I will be on vacation
until July 18, 2001. I look forward to working with you to reach our
common goals.

Meg Kelley
GE Global Sales
SUN Microsystems Inc.
281 Tresser Boulevard
Stamford, CT 06901
USA

Tel:    +1.203.462.9507
Fax:    +1.203.462.9559
e-mail: meg.kelley@sun.com
```

Date: Thu, 28 Jun 2001 16:34:02 -0400 (EDT)
From: Kristen Powers - Tristate District <Kristen.Powers@Sun.COM>
Subject: GCF Women's IT Forum
To: meg.kelley@east.sun.com

Congratulations and great job!

-k


--------------- Begin Forwarded Message -------------

Subject: GCF Women's IT Forum
To: global@east.sun.com
MIME-Version: 1.0
Content-MD5: HOTzrA7d+93G/YYkPI89nQ==


Meg:  Awsome job!  Kudos to you!

I know that you worked very hard on this event, and I hope that it feels good to
have the customer tell you that you delivered a GREAT EVENT!

Congratulations,
steve

ps: the attached email was sent to me earlier today by Leonard Kim - CIO GE
Capital GCF.  It concerns the GE WITI customer visit to Sun that Meg Kelley ran
last week.
--------------- Begin Forwarded Message -------------

From: "Kim, Leonard  (CAP, GCF)" <Leonard.Kim@gecapital.com>
To: "'steve.fugazy@sun.com'" <steve.fugazy@sun.com>
Cc: "'meg.kelley@sun.com'" <meg.kelley@sun.com>
Subject: GCF Women's IT Forum
Date: Thu, 28 Jun 2001 14:06:27 -0400
MIME-Version: 1.0


Steve,

I just wanted to take moment to thank you, Meg and everyone at Sun who
sponsored our visit last week.  Without question, the visit to Sun was the
most technical and informative.  Given the fact that everyone in the group
was from IT or E-biz, the content was right on target.

The visit has already generated several inquires into the iPlanet product
line and many are planning to take advantage of the iForce facility.   The
presentations by Liz and Lew were particularly well received.  Afterwards,
many of us talked about the continuing commoditization of hardware and how
insightful of Sun it was to be focused on more cutting edge topics like
knowledge management.

Meg could not have been more helpful.  Everything worked like clockwork and
I think many of the participants developed an important relationship with
our partners at Sun.  Thanks again for your effort.

Leonard.

--------------- End Forwarded Message -------------