# AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: _____    CASE NO: __0320275__

My name is Margaret Mary Kelley and I reside at 86 Northfield Street, Greenwich, CT 06830. The respondent is Sun Microsystems whose business address is 901 San Antonio Rd, Palo Alto CA 94303.

I was

- (X) terminated
- ( ) suspended
- ( ) placed on probation
- ( ) demoted
- ( ) warned
- ( ) given a poor evaluation
- ( ) denied a raise
- ( ) less trained
- ( ) denied an office
- ( ) denied service(s)
- ( ) not hired/not promoted
- ( ) not rented a dwelling
- ( ) harassed   ( ) sexually-harassed
- ( ) earning a different rate of pay
- ( ) constructively discharged
- ( ) retaliated
- ( ) not hired due to a BFOQ
- ( ) not hired due to a disability
- ( ) delegated difficult assignments

(X) discriminated against in terms and conditions of employment

on August 20, 2001 and believe that my

- ( ) race
- ( ) color
- (X) sex { } male { X } female
- ( ) previously opposed,
- ( ) ancestry
- (X) age    DOB: 9/18/1951
- ( ) religion
- ( ) pregnancy
- ( ) national origin  ( ) mental disorder
- ( ) marital status   ( ) alienage
- ( ) physical disability
- ( ) mental retardation filed or assisted
- ( ) religious creed  ( ) creed
- ( ) familial status  ( ) sexual orientation
- ( ) learning disability

were in part a factor in this action. I believe that the respondent violated the following Connecticut General Statutes Sections (statute) enforced through Section {act(s) listed below}:

- (X) 46a-58 (a )( )
- (X) 46a-60(a)(1)
- (X) 46a-60(a)(4)
- ( ) 46a-60(a)(7)( )( )( )
- ( ) 46a-60(a)(8)( )( )( )
- ( ) 46a-64( )( )
- ( ) 46a-64a( )( )( )
- ( ) 46a-80
- ( ) Americans With Disabilities Act, 42 U.S.C. 12101, et seq.
- ( ) Equal Pay Act of 1964, U.S.C. 206
- ( ) Section 504 of the Rehabilitation Act of 1973, as amended

- (X) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e and the Civil Rights Act of 1991 {cite for 15 individuals employed}
- (X) Age Discrimination in Employment Act of 1967, 29 U.S.C. 621-634 {cite for over 20 individuals employed}

other _____

Form 103(1)

## EXHIBIT A

1. My name is Margaret-Mary Kelley and I reside at 86 Northfield Street, Greenwich, CT 06830. My telephone number is (203) 622-4342.

2. I am a female, age 50, and my date of birth is 9/18/51.

3. The respondent's name is Sun Microsystems, Inc. It is located at 901 San Antonio Rd., Palo Alto, CA 94303. It's telephone number is (732) 302-3805. I worked for respondent in the Respondent's Stamford office at 281 Tresser Boulevard, Stamford, CT 06901.

4. The respondent employs over 20 persons.

5. I began my employment with the respondent on 9/18/2000 as an account representative, at a salary of $47,000.

6. At the time I was terminated by respondent on August 20, 2001, I held the position of account representative, and my annual salary was $47,000. I had earned a total of $180,000 (including salary, commissions and severance pay) for January through November of 2001.

7. During my career with respondent, my performance was not reviewed in writing but I received numerous emails and oral comments that my performance was very good to excellent.

8. I was a loyal and dedicated employee throughout my career with respondent.

9. The workplace was both hostile and oppressive due to my supervisor screaming at me on several occasions.

10. I believe I was terminated because of my age and/or sex.

11. Notwithstanding such good job performance, I was told by my supervisor that I was being discharged.

12. A substantially younger, less qualified and less experienced male applicant, who was recently hired in January of 2001, was retained rather than me.

13. I was the oldest of my team of three sales people, by twenty years, but I was the only one to be terminated.

14. My sales from September 2000 through August 2001 were approximately $20,000,000, substantially more than any other employee's sales on my team.

15. The newly hired 30 year old male co-employee on my team, who was hired in January of 2001 had approximately $250,000 in sales. My sales were substantially greater than his.

16. I was chosen for discharge rather than a newly hired, much less qualified, and much less experienced male co-employee on my sales team which is evidence of sex discrimination.

17. I have suffered emotional distress as a result of my termination by respondent.

18. I therefore request the CHRO to investigate my complaint and secure my rights as guaranteed to me under C.G.S. §46a-60(a)(1) and Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, and the Age Discrimination in Employment Act, and to secure for me any remedy to which I may be entitled under C.G.S. §46a-58.

**IMPORTANT: YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE YOU RETURN**

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

Margaret Mary Kelley being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at Darien, Connecticut this 14th day of February, 2002.

_____
Margaret Mary Kelley
(Complainant's Signature)

Subscribed and sworn to before me this 14th day of February, 2002.

_____
(Notary Public/Commissioner of the Superior Court)

My commission expires: _____