1

```
                    UNITED STATES DISTRICT COURT
                              for the
                      DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - -X

MARGARET-MARY KELLEY,

                PLAINTIFF,

     vs.                              CIVIL ACTION NO.:
                                      03-CV-578 (GLG)

SUN MICROSYSTEMS, INC.,

                DEFENDANT.
- - - - - - - - - - - - - - - -X
```

COPY

D E P O S I T I O N

The deposition of MARGARET-MARY KELLEY was taken pursuant to notice at the law offices of Edwards & Angell, LLP, Three Stamford Plaza, 301 Tresser Blvd., Stamford, Connecticut, before Viktoria V. Stockmal, license #00251, a notary public in and for the State of Connecticut, on Thursday, January 8, 2004, at 10:10 a.m.

**VIKTORIA V. STOCKMAL - CRR, RMR**
(203) 270-3674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22      Q      What was the context in which Steve Fugazy
23   said to you if you want to take things further, go ahead
24   and try?  How did that come up?
25      A      That came up after he was made aware that I

1   made a comment that I should -- I should have, you know,
2   played hockey or -- that comment.
3       Q    And was that before or after you had applied
4   for the position with Mike McDonough?
5       A    Before.
6       Q    Did you, at some point, make a complaint to
7   human resources about Steve Fugazy?
8       A    Yes.
9       Q    When did you make that complaint?
10      A    The afternoon of July 23rd.
11      Q    Was this after you were told that your
12  position had been eliminated?
13      A    Yes.
14      Q    Had you made any prior complaints to human
15  resources?
16      A    No.

```
 1                              CERTIFICATE

 2
       STATE OF CONNECTICUT  )
 3                           )    SS    NEWTOWN
       COUNTY OF FAIRFIELD   )
 4

 5

 6

 7          I, VIKTORIA V. STOCKMAL, a Notary Public duly
       commissioned and qualified in and for the county of New
       Haven, State of Connecticut, do hereby certify that
 8     pursuant to the notice of deposition, the said witness
       came before me at the aforementioned time and place and
 9     was duly sworn by me to testify to the truth and nothing
       but the truth of his/her knowledge touching and
10     concerning the matters in controversy in this cause; and
       his/her testimony reduced to writing under my
11     supervision; and that the deposition is a true record of
       the testimony given by the witness.
12
            I further certify that I am neither attorney of
13     nor counsel for, nor related to or employed by any of the
       parties to the action in which this deposition is taken,
14     and further that I am not a relative or employee of any
       attorney or counsel employed by the parties thereto, or
15     financially interested in the action.

16          IN WITNESS WHEREOF, I have hereunto set my hand
       and affixed my notarial seal this 20th day of January,
17     2004.

18

19          _____
              VIKTORIA V. STOCKMAL, RMR, CRR
20                  Notary Public
                  CSR License #00251
21
       My commission expires October, 2005.
22

23

24

25
```

VIKTORIA V. STOCKMAL - CRR, RMR
(203) 270-3674

```
 1                  UNITED STATES DISTRICT COURT
                              for the
 2                    DISTRICT OF CONNECTICUT

 3
                  - - - - - - - - - - - - - - - - -X
 4
    MARGARET-MARY KELLEY,
 5
                           PLAINTIFF,
 6
            vs.                         CIVIL ACTION NO.:
 7                                      03-CV-578 (GLG)

 8  SUN MICROSYSTEMS, INC.,

 9                         DEFENDANT.
                  - - - - - - - - - - - - - - - - -X
10

11                        VOLUME II              COPY

12

13

14              D E P O S I T I O N

15        The continued deposition of MARGARET-MARY

16  KELLEY was taken pursuant to notice at the law offices of

17  Edwards & Angell, LLP, Three Stamford Plaza, 301 Tresser

18  Blvd., Stamford, Connecticut, before Viktoria V.

19  Stockmal, license #00251, a notary public in and for the

20  State of Connecticut, on Tuesday, March 9, 2004, at 10:16

21  a.m.

22

23

24

25
```

1
2    Q    Did you believe at this time that you had
3 been selected for termination on the basis of your age
4 and sex?
5    A    Yes.
6    Q    But you did not raise that with human
7 resources?
8    A    No.
9    Q    Why not?
10    A    I was afraid of retaliation within the
11 company. I wanted to stay at Sun and work there.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16     Q     When did you first believe that you were

17  selected for termination on the basis of your age and

18  sex?

19               MR. BAYONNE:   Objection.

20  BY THE WITNESS:

21     A     I had suspicions right away.

22

23

24

25

SANDERS, GALE & RUSSELL
(203) 624-4157

```
 1                              CERTIFICATE
 2
     STATE OF CONNECTICUT   )
 3                          )    SS     NEWTOWN
     COUNTY OF FAIRFIELD    )
 4
 5
 6
              I, VIKTORIA V. STOCKMAL, a Notary Public duly
 7   commissioned and qualified in and for the county of New
     Haven, State of Connecticut, do hereby certify that
 8   pursuant to the notice of deposition, the said witness
     came before me at the aforementioned time and place and
 9   was duly sworn by me to testify to the truth and nothing
     but the truth of his/her knowledge touching and
10   concerning the matters in controversy in this cause; and
     his/her testimony reduced to writing under my
11   supervision; and that the deposition is a true record of
     the testimony given by the witness.
12
              I further certify that I am neither attorney of
13   nor counsel for, nor related to or employed by any of the
     parties to the action in which this deposition is taken,
14   and further that I am not a relative or employee of any
     attorney or counsel employed by the parties thereto, or
15   financially interested in the action.

16            IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my notarial seal this 23rd day of March,
17   2004.

18
              _____
19
                   VIKTORIA V. STOCKMAL, RMR, CRR
20                       Notary Public
                       CSR License #00251
21
     My commission expires October, 2005.
22
23
24
25
                          SANDERS, GALE & RUSSELL
                             (203) 624-4157
```