UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | **CIVIL ACTION NO.** |
| | : | **03-CV-57 (GLG)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | **MAY 28, 2004** |
| **Defendant.** | : | |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending the discovery cutoff by 3 weeks, and otherwise modifying the current Scheduling Order by 3 weeks.

The reasons for this request are as follows:

1. The parties have cooperated in written discovery and document production, as well as in the taking of numerous depositions.

2. Plaintiff's counsel had noticed the deposition of defendant pursuant to Federal Rule of Civil Procedure 30(b)(6). In response to that notice of deposition, defendant responded that it would not produce the Rule 30(b)(6) deponent in this jurisdiction, but rather in California.[1] Defendant further stated that the noticed date of May 14, 2004 was not a convenient date, but that it would agree to proceed with the deposition on June 7, 2004, six days following the current discovery cutoff of June 1, 2004.

3. On May 24, 2004, the undersigned received a supplemental document production from defendant spanning over 200 pages, approximately half of which appear to be notes of an

---

[1] This is to be a telephone deposition.

individual previously deposed. As that individual was a key deponent, it is likely plaintiff will need to further depose him. Other follow-up depositions may also be needed due to this latest document production.

    4.    Plaintiff filed a Motion to Amend her Complaint on or about April 16, 2004. Briefing on that motion is complete and the parties are awaiting this Court's ruling. This requested extension would also allow defendant to complete any discovery it may require with respect to the amendment if it is granted.

WHEREFORE, the undersigned respectfully requests that the Court enter an order modifying the Scheduling Order in this action by 3 weeks as follows:

    1.    Discovery cutoff from June 1, 2004 to June 22, 2004;

    2.    Disposition motions from August 15, 2004 to September 5, 1004;

    3.    Joint trial memorandum from September 1, 2004 to September 22, 2004; and

    4.    Trial readiness from September 14, 2004 to October 6, 2004.

The undersigned attempted to contact Marc Zaken, Esq., and John Stretton, Esq., counsel for defendant, to ascertain defendant's position on the granting of this motion, but was unsuccessful.

This is the fifth request by plaintiff for an extension or modification of any deadline in the Scheduling Order, the fourth request of which was made jointly with defendant.

By_____
Scott R. Lucas (ct00517)
Michel Bayonne (ct24628)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
E-mail: slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

      This is to certify that on this 28th day of May 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Tel: (203) 353-6819

                                                                                                       _____
                                                                                                       Scott R. Lucas