UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | **JUNE 23, 2004** |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw her appearance as counsel for plaintiff in this matter. Plaintiff will continue to be represented by Scott R. Lucas and Michel Bayonne of this firm.

By_____/S/_____
Mary Alice S. Canaday (ct17608)
*Attorney for Plaintiff*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mcanaday@mlc-law.com

### *CERTIFICATE OF SERVICE*

This is to certify that on this 23rd day of June, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

_____/S/_____
Mary Alice S. Canaday