UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 57 (CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | JULY 15, 2004 |
| Defendant. | : | |

PLAINTIFF'S MOTION TO COMPEL
AND FOR ATTORNEYS' FEES AND COSTS

Plaintiff Margaret Mary Kelley hereby moves pursuant to Federal Rule of Civil Procedure 37 to compel defendant to comply with her document request pursuant to Rule 34. As more fully set forth in the memorandum of law filed herewith, defendant has refused to produce a document it assembled and relied upon during the deposition of its employee designated and produced pursuant to Rule 30(b)(6) as its designated agent with knowledge of, *inter alia*, plaintiff's compensation. The plaintiff must be permitted the opportunity to inspect the document utilized by the deponent, as the deponent relied on and referred to the document in preparation for the deposition as well as throughout the deposition in response to questions directly related to the ultimate issues of plaintiff's wage claim. Moreover, plaintiff has no other means of obtaining or verifying critical facts which the deponent testified to while referring to said document.

In addition, plaintiff seeks the costs of filing this Motion pursuant to Fed. R. Civ. P. 37(a)(4). As indicated in the affidavit of Michel Bayonne attached hereto as Exhibit 1, plaintiff has attempted to resolve the discovery disputes without Court intervention, but has been unsuccessful.

          By _____
               Michel Bayonne (CT24628)
               Scott R. Lucas (CT00517)
               *Attorneys for Margaret Mary Kelley*
               Martin Lucas & Chioffi, LLP
               177 Broad Street
               Stamford, CT 06901
               Phone: (203) 973-5200
               Fax: (203) 973-5250
               slucas@mlc-law.com
               mbayonne@mlc-law.com

### *CERTIFICATE OF SERVICE*

This is to certify that on this 15th day of July 2004, the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken (CT03110)
John G. Stretton (CT 19902)
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

_____
Michel Bayonne