UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (CFD) |
| **Plaintiff,** | : | |
| | : | |
| V. | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | JULY 15, 2004 |
| **Defendant.** | : | |

*AFFIDAVIT OF COUNSEL RE*
*EFFORT TO RESOLVE DISCOVERY DISPUTE*

*STATE OF CONNECTICUT*  )
        )    SS:    STAMFORD
*COUNTY OF FAIRFIELD*    )

*Michel Bayonne*, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I make this affidavit based upon my personal knowledge.

3. Plaintiff promulgated her Fourth Request for Production of Documents on June 7, 2004. (Exhibit A hereto.)

4. Defendant on June 28, 2004 provided Defendant's Responses to Plaintiff's Fourth Request for Production of Documents in which defendant objected to plaintiff's request and did not produce the requested document. (Exhibit B hereto.)

5. Following receipt of Defendant's Reponses to Plaintiff's Fourth Request for Production, on or about July 7, 2004, I spoke to John G. Stretton, Esq., defendant's counsel, and requested that defendant reconsider its objections to the requested document. During this

conversation, defendant's counsel advised me that defendant would not provide the requested discovery.

6. Accordingly, notwithstanding counsel's attempts to resolve the outstanding discovery disputes without Court intervention, to date we have not been able to resolve these discovery issues.

7. The attorneys' fees expended in connection with this Motion are as follows:

| | | |
|---|---|---|
| Michel Bayonne | 4.3 hours | $ 752.50 |
| Scott Lucas | 2.1 hours | $ 714.00 |
| TOTAL | | $1,466.50 |

_____

Michel Bayonne

Subscribed and sworn to before me this
15th day of July, 2004.

_____
Notary Public: Bonnie K. Ford-Wojna
My Commission Expires: 1/31/07