UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (GLG) |
| PLAINTIFF, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| DEFENDANT. | : | JUNE 28, 2004 |

**DEFENDANT'S RESPONSES TO
PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Sun Microsystems, Inc. responds to Plaintiff's Fourth Set of Requests for Production as follows:

*DOCUMENTS REQUESTED*

1. A copy of the "reconciliation report" referred to in the 30(b)6 deposition of Anjali Jhangiani of June 7, 2004.

**OBJECTION: Defendant objects to this request on the grounds that the document requested is privileged pursuant to the attorney work product privilege and attorney-client privilege. This document was prepared at the instruction of counsel for Defendant during the course of this litigation for the aid of counsel for Defendant in preparing for trial. Plaintiff has had ample opportunity to conduct discovery on all issues addressed by the "reconciliation report," including the deposition of a representative from Defendant's commissions accounting department. As such, Plaintiff cannot establish a substantial need for the disclosure of this**

STM_178277_1.doc/JSTRETTON

document nor can Plaintiff establish that she is unable to obtain the substantial equivalent of this document without undue hardship.

DEFENDANT,
SUN MICROSYSTEMS

By: _____
Marc L. Zaken (CT03110)
mzaken@EdwardsAngell.com
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Edwards & Angell, LLC
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
(888) 325-1667 fax.

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of June, 2004, a copy of the foregoing Defendant's Responses to Plaintiff's Fourth Request for Production of Documents was mailed, first class, postage prepaid, to:

Scott R. Lucas, Esq.
Michel Bayonne, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

John G. Stretton