# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | **CIVIL ACTION NO.** |
| | : | **03-CV-57 (CFD)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | **JULY 26, 2004** |
| **Defendant.** | : | |

## COMPLIANCE WITH ORDER RE STATUS

Plaintiff Margaret Mary Kelley and Defendant Sun Microsystems, Inc. hereby jointly comply with the Court's Order Re Status dated July 6, 2004 as follows:

**A.    NATURE OF THE CASE**

1.    Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

   **Response:**    This action is brought by plaintiff Margaret Mary Kelley and seeks damages arising out of defendant's alleged discrimination in violation of Title VII, ADEA and Connecticut state law. Plaintiff asserts five counts: (1) sexual discrimination pursuant to 29 U.S.C. §2000 (Title VII);  (2) age discrimination pursuant to 29 U.S.C. §623 (ADEA); (3) a Connecticut claim of sex and age discrimination pursuant to C.G.S. §46a-60(a) (CFEPA); (4) a violation of  Connecticut General Statutes §31-72 (Connecticut wage claim); and (5) unjust enrichment.

2.    Are there any motions pending?  If so, list them.

   **Response:**    (1) Plaintiff's Motion to Amend the Complaint dated 4/15/04;
   (2) Defendant's Objection to Plaintiff's Motion to Amend dated 5/7/04; and
   (3) Plaintiff's Motion to Compel and for Attorney's Fees and Costs dated 7/16/04**.**

3.      Will this matter be tried to a jury or to the court?  If it will be tried partially to each, explain.

       **Response:**      Plaintiff has demanded a jury trial.

**B.     DISCOVERY**

1.      Is discovery completed?  If not, how much additional time is requested?
Will there be a request for a modification of the Scheduling Order?
What will be the request?

       **Response:**  Discovery is completed except plaintiff awaits a ruling upon her motion to compel documents pursuant to Rule 34.  Defendant intends to oppose Plaintiff's Motion to Compel.  The parties are uncertain whether further modification of the scheduling order will be required.

**C.     SETTLEMENT**

1.      When was the last settlement conference and who conducted it?

       **Response:**  A settlement conference has not been held in this matter.  The parties last discussed a possible resolution of this matter in late April 2003.

2.      Are there any outstanding reports due any party or the person conducting the settlement conference?

       **Response:**  No.

3.      Do the parties believe a settlement conference would be beneficial at this time?

       **Response:**  Yes.

**D.     TRIAL PREPARATION**

1.      When will the case be ready for trial?

       **Response:**  This case will be ready for trial by 10/06/04.

2.      What additional preparation, other than that previously discussed, is required?

       **Response:**  Defendant will likely file a motion for summary judgment

3.      Are there additional pleadings to be filed?  If not, when is it due?

        **Response:**  Defendant will likely file a motion for summary judgment.  The
        dispositive motion deadline is set for 9/5/04.

4.      Has a joint trial memorandum been filed?  If not, when is it due?

        **Response:**  A joint trial memorandum has not been filed and is presently due
        9/22/04. Due to the outstanding motions, and defendants indicated desire to file a
        motion for summary judgment, an extension of this date will likely be requested.


PLAINTIFF                                       DEFENDANT
MARGARET MARY KELLEY                            SUN MICROSYTEMS, INC.


By:_____                        By:_____
Scott Lucas, Esq. (CT 00517)                    
slucas@mlc-law.com                              Marc L. Zaken, Esq. (CT 03110)
Michel Bayonne, Esq. (CT24628)                  mzaken@edwardsangell.com
mbayonne@mlc-law.com                            John G. Stretton, Esq. (CT 19902)
MARTIN LUCAS & CHIOFFI, LLP                     jstretton@edwardsangell.com
177 Broad Street                                EDWARDS & ANGELL, LLP
Stamford, CT 06901                              301 Tresser Boulevard
(203) 973-5260                                  Stamford, CT 06901
                                                (203) 353-6819

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on the 26th day of July, 2004, a copy of the foregoing Compliance

with Order Re Status was mailed, first class postage prepaid, to:


Marc L. Zaken
John G. Stretton
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901


_____
Michel Bayonne, Esq.
