**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | **CIVIL ACTION NO.** |
| | : | **3:03 CV 57 (CFD)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | **SEPTEMBER 1, 2004** |
| **Defendant.** | : | |

## CROSS MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending the deadline for filing dispositive motions until such time as the Court has ruled upon Plaintiff's Motion to Amend her Complaint dated April 15, 2004.

The reasons for this request are as follows:

1.      On May 24, 2004, the undersigned took the deposition of a key fact witness representing the defendant whose testimony revealed critical facts unbeknownst to plaintiff that were directly related to her claims of discrimination.

2.      Given the relationship between defendant's testimony and plaintiff's claims, plaintiff filed a Motion to Amend her Complaint on or about April 16, 2004. Briefing on that motion is complete and the parties are awaiting this Court's ruling.

3.      Discovery in this case closed on June 22, 2004.

4.      Dispositive motions are to be filed by September 5, 2004.

5.      In its Motion to Modify the Scheduling Order dated August 31, 2004, defendant's counsel states that plaintiff conditionally consented to a three-week extension. To the contrary,

plaintiff's counsel, appealing to judicial economy, suggested that defendant's counsel seek to modify the scheduling order to extend the deadline for the filing of dispositive motions until such time as the Court has ruled upon Plaintiff's Motion to Amend her Complaint. Moreover, plaintiff's counsel consented to a three-week extension from the point when this Court has ruled on said motion in order to avoid the filing of multiple motions for summary judgment.

6.     Defendant's counsel rejected plaintiff's position and instead filed it motion for a three-week extension.

WHEREFORE, the undersigned respectfully requests that the Court enter an order modifying the Scheduling Order in this action to permit dispositive motions to be filed within three weeks of its ruling on Plaintiff's Motion to Amend the Complaint dated April 15, 2005 to avoid the chance of multiple motions for summary judgment.

This is the sixth request by plaintiff for an extension or modification of any deadline in the Scheduling Order, the fourth request of which was made jointly with defendant.

By_____/S/_____
Michel Bayonne (ct24628)
Scott R. Lucas (CT00517)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com
slucas@mlc-law.com

2

### ***CERTIFICATE OF SERVICE***

This is to certify that on this 1st day of September 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Tel: (203) 353-6819

_____/S/_____
Michel Bayonne