UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET MARY KELLEY,       ) | |
|       ) | |
|    Plaintiff,       ) | CIVIL ACTION NO. |
| v.       ) | 3:03CV57 (CFD) |
|       ) | |
| SUN MICROSYSTEMS, INC.,       ) | |
|       ) | |
|    Defendant.       ) | AUGUST 31, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. moves to extend by three weeks the deadline to file dispositive motions. The requested modification seeks to extend the deadline from September 5, 2004 until September 26, 2004. In support of this request, Defendant avers as follows:

1. Despite diligent effort to conform to the existing deadlines, Defendant finds it necessary to request a three week extension of the deadline for dispositive motions. Due to the vacation schedules of numerous employees of Sun Microsystems, as well counsel for Defendant, Defendant will be unable to complete its Motion for Summary Judgment and supporting affidavits by September 5th. This three week period will allow time for all employees involved with the Motion for Summary Judgment to return from vacation, to review the necessary paperwork and, if necessary, sign an affidavit in support of the Motion for Summary Judgment;

2. This is Defendant's fourth request to modify the scheduling order. The last such request was filed jointly with Plaintiff on or about April 8, 2004; and

3. Counsel for Plaintiff conditionally consented to a three week extension, which conditions the parties were unable to come to an agreement on by the time this motion was filed.

WHEREFORE, Defendant Sun Microsystems respectfully requests that the Court enter an order modifying the Scheduling Order in this action to permit dispositive motions to be filed by September 26, 2004.

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By /s/ John G. Stretton
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819
Fax: (888) 325-1667

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Modify Scheduling Order was sent via first class mail, postage prepaid, to:

> Michel Bayonne
> Martin Lucas & Chiofi, LLP
> 1177 Summer Street
> Stamford, CT 06905

This 31st day of August, 2004.

_____
John G. Stretton