#53

FILED

2004 SEP -2  A 10: 34

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. /Mail |
| | : | 3:03 CV 57 (CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | SEPTEMBER 1, 2004 |
| Defendant. | : | |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 9/14/04

## CROSS MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending the deadline for filing dispositive motions until such time as the Court has ruled upon Plaintiff's Motion to Amend her Complaint dated April 15, 2004.

The reasons for this request are as follows:

1. On May 24, 2004, the undersigned took the deposition of a key fact witness representing the defendant whose testimony revealed critical facts unbeknownst to plaintiff that were directly related to her claims of discrimination.

2. Given the relationship between defendant's testimony and plaintiff's claims, plaintiff filed a Motion to Amend her Complaint on or about April 16, 2004. Briefing on that motion is complete and the parties are awaiting this Court's ruling.

3. Discovery in this case closed on June 22, 2004.

4. Dispositive motions are to be filed by September 5, 2004.

5. In its Motion to Modify the Scheduling Order dated August 31, 2004, defendant's counsel states that plaintiff conditionally consented to a three-week extension. To the contrary,