UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET MARY KELLEY,           :        CIVIL ACTION NO.
                                :        3:03 CV 57 (CFD)
                Plaintiff,      :
                                :
V.                              :
                                :
SUN MICROSYSTEMS, INC.,         :
                                :        OCTOBER 11, 2004
                Defendant.      :

## MOTION TO EXTEND OPPOSITION BRIEF DEADLINE
## TO CONFORM WITH COURT'S PRIOR RULING

Plaintiff hereby moves the Court for an order extending the deadline for filing her opposition brief until such time as the Court has ruled upon Plaintiff's Motion to Amend her Complaint dated April 15, 2004.

The reasons for this request are as follows:

1.      On May 24, 2004, the undersigned took the deposition of a key fact witness representing the defendant whose testimony revealed critical facts unbeknownst to plaintiff that were directly related to her claims of discrimination.

2.      Given the relationship between defendant's testimony and plaintiff's claims, plaintiff filed a Motion to Amend her Complaint on or about April 16, 2004. Briefing on that motion is complete and the parties are awaiting this Court's ruling.

3.      Discovery in this case closed on June 22, 2004.

4.      Dispositive motions were to be filed by September 5, 2004.

5.      On August 31, 2004 defendant filed its Motion to Modify the Scheduling Order seeking to extend by three weeks the deadline to file dispositive motions.

6      Plaintiff's counsel filed a Cross Motion dated September 1, 2004 seeking to modify the Scheduling Order to extend the deadline for the filing of dispositive motions until three weeks after the Court rules upon Plaintiff's Motion to Amend her Complaint in order to avoid the filing of multiple motions for summary judgment.

7.      On September 14, 2004 the Court granted plaintiff's Cross Motion, thereby permitting dispositive motions to be filed three weeks after the Court's ruling on Plaintiff's Motion to Amend the Complaint dated April 15, 2005

8.      Despite the Courts Order, on September 28, 2004 defendant filed its Motion for Summary Judgment addressing the Complaint in its present form.

9.      Plaintiff's seeks through this Motion to extend the deadline for the filing of her opposition brief until three weeks after this Court has ruled upon Plaintiff's Motion to Amend her Complaint to once again avoid having to address multiple motions for summary judgment and any potential statute of limitation issues should the motion for summary judgment be ruled upon before the motion to amend.

10      Defendant's counsel was contacted in this regard but refused to consent to plaintiff's request   However, defendant's counsel did agree to a four-week extension from October 19, 2004, the current deadline for plaintiff's opposition brief.

WHEREFORE, to avoid the filing of multiple motions for summary judgment and to prevent any potential statute of limitations issues which may arise should defendant's motion be granted, the undersigned respectfully requests that the Court enter an order to permit plaintiff's opposition brief to be filed three weeks after its ruling on Plaintiff's Motion to Amend the Complaint dated April 15, 2005

2

This is the seventh request by plaintiff for an extension or modification of any deadline in the Scheduling Order, the fourth request of which was made jointly with defendant.

By_____
Michel Bayonne (ct24628)
Scott R. Lucas (CT00517)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com
slucas@mlc-law.com

3

## ***CERTIFICATE OF SERVICE***

This is to certify that on this 11th day of October 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:


Marc L. Zaken, Esq
John G. Stretton, Esq
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Tel: (203) 353-6819

_____
Michel Bayonne