UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (CFD) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | OCTOBER 13, 2004 |

## DEFENDANT'S OBJECTION TO
## PLAINTIFF'S MOTION TO EXTEND OPPOSITION BRIEF DEADLINE

Defendant Sun Microsystems Inc. hereby objects to Plaintiff's Motion to Extend

Opposition Brief Deadline dated October 11, 2004 seeking an indefinite extension of time to

respond to Defendant's Motion for Summary Judgment dated September 27, 2004.  When

contacted by Plaintiff, Defendant objected to an extension tied to the court's ruling on Plaintiff's

pending Motion to Amend because such an extension would be indefinite in nature and contrary

to the orderly briefing progression envisioned by the Federal Rules of Civil Procedure.

Moreover, it is unlikely that the court will grant Plaintiff's Motion to Amend and, therefore, such

an extension would be impractical.  See Defendant's Objection to Plaintiff's Motion to Amend

Complaint; see also Motion for Summary Judgment at 32-33 (wherein Defendant demonstrates

that Mr. Fugazy did not interfere with Plaintiff's attempt to obtain another job with Sun

Microsystems after she was notified of the reduction in force, which is apparently the basis for

the retaliation claim proposed by the Motion to Amend).

While Defendant objected to the indefinite extension proposed by Plaintiff, it did inform

Plaintiff that it would not object to a three to four week extension to file an opposition to

**ORAL ARGUMENT NOT REQUESTED**

Defendant's Motion for Summary Judgment.  Based on Plaintiff's Motion to Extend Opposition Brief Deadline, it appears Plaintiff would prefer a four week extension.

WHEREFORE, Defendant Sun Microsystems Inc. respectfully requests that Plaintiff's Motion to Extend Opposition Brief Deadline be denied in part on the grounds that Plaintiff should not be permitted to indulge herself with the benefit of an indefinite extension now that Defendant has filed its Motion for Summary Judgment.

DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP
ITS ATTORNEYS

By _____
Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@EdwardsAngell.com
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT  06901
(203) 353-6819
Fax: (888) 325-1667

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Objection to Plaintiff's Motion to Extend

Opposition Brief Deadline was sent via first class mail, postage prepaid, to:

> Scott Lucas, Esq.
> Michel Bayonne, Esq.
> Martin Lucas & Chiofi, LLP
> 177 Broad Street
> Stamford, CT 06901

this 13th day of October, 2004.

_____
John G. Stretton

NYC_182916_1/JSTRETTON