# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MARGARET MARY KELLEY,

    Plaintiff,

V.

SUN MICROSYSTEMS, INC.,

    Defendant.

**APPEARANCE**

CASE NUMBER:   3:03 CV 00057 (DJS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   plaintiff Margaret Mary Kelley.

---

4/26/05
Date

ct22145
Connecticut Federal Bar Number

(203) 973-5200
Telephone Number

(203) 973-5250
Fax Number

cryan@mlc-law.com
E-mail address

/s/ Claire E. Ryan
Signature

Claire E. Ryan
Print Clearly or Type Name

Martin, Lucas & Chioffi, LLP
177 Broad Street
Address

Stamford, CT 06901

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of April 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901

Claire E. Ryan