## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | **CIVIL ACTION NO.** |
| | : | **3:03-CV-00057 (DJS)** |
| **Plaintiff,** | : | |
| | : | |
| V. | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | **April 26, 2005** |
| **Defendant.** | : | |

### MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Margaret Mary Kelley ("Plaintiff") hereby moves the Court for an order extending the discovery cutoff by 3 weeks, and otherwise modifying the current Scheduling Order by 3 weeks.

The reasons for this request are as follows:

1  Pursuant to an Order issued by the Court dated March 11, 2005, Defendant, Sun Microsystems, Inc. ("Defendant") was authorized to conduct discovery with regard to the new claims set forth in Plaintiff's amended complaint through May 6, 2005. Following the close of discovery, Defendant has until May 27, 2005 to re-file its Motion for Summary Judgment and Plaintiff has until June 20, 2005 to file its opposition thereto.

2.  The only discovery which remains in this action is the continuation of Plaintiff's deposition. Due to scheduling conflicts of Plaintiff's counsel which include two arbitrations at the beginning of May, a number of out of state depositions in both March and April, as well as the withdrawal of one of Plaintiff's attorneys due to his resignation from the firm of Martin, Lucas and Chioffi, LLP, the parties were unable to schedule the deposition prior to the current

May 6, 2005 deadline. The parties have, however, scheduled the continuation of Plaintiff's deposition for May 24, 2005.

3. Accordingly, Plaintiff respectfully requests that the Court grant its Motion to Modify the current Scheduling Order by 3 weeks. Defendant's counsel does not oppose this request. This is the sixth request by Plaintiff for an extension of modification of any deadline in the Scheduling Order, four of which were made jointly with the Defendant.

WHEREFORE, the undersigned respectfully requests that the Court enter an order modifying the Scheduling Order in this action by 3 weeks as follows:

1. Discovery cutoff from May 6, 2005 to May 31, 2005;

2. Defendant's Motion for Summary Judgment from May 27, 2005 to June 30, 2005;

3. Plaintiff's Opposition to Defendant's Motion for Summary Judgment from June 20, 2005 to July 24, 2005.

By *Claire E. Ryan*
Scott R. Lucas (ct00517)
Claire E. Ryan (ct22145)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
E-mail: slucas@mlc-law.com
E-mail: cryan@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 26th day of April 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901

_____
Claire E. Ryan