UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | JUNE 24, 2005 |

## DEFENDANT SUN MICROSYSTEMS, INC.'S MOTION TO EXCEED SUMMARY JUDGMENT PAGE LIMITATION

In compliance with Local Rule 7(a)(2), Defendant Sun Microsystems, Inc respectfully requests permission to exceed the page limitation established for all motions by the Local Rules of Procedure. Defendant initially moved for summary judgment on Plaintiff's First Amended Complaint via Motion dated September 27, 2004. Plaintiff's First Amended Complaint advanced claims of discrimination under Title VII, the ADEA and the Connecticut Fair Employment Practices Act as well as a claim for wages under Connecticut's wage statute and a claim for unjust enrichment. Defendant's Motion for Summary Judgment dated September 27, 2004 was thirty-nine (39) pages in length.

After Defendant moved for summary judgment, the Court granted Plaintiff's Motion for Leave to Amend, thereby permitting Plaintiff to file a Second Amended Complaint. The Second Amended Complaint added three claims of retaliation, the first under Title VII, the second under the ADEA and the third under Connecticut Fair Employment Practices Act. Defendant was provided additional time to investigate these new claims. Defendant's instant Motion for Summary Judgment dated June 24, 2005 addresses these three claims as well as the five claims addressed in the original motion for summary judgment. Despite Defendant's efforts to reduce

the size of the original Motion, the present Motion for Summary Judgment totals forty-four (44) pages after the arguments concerning the new retaliation claims are added to the brief.

Therefore, given the multiplicity of counts addressed by Defendant's Motion for Summary Judgment and the fact that Defendant had already moved for summary judgment prior to the Court's decision to permit Plaintiff to file a Second Amended Complaint, Defendant respectfully requests permission to exceed the page limitation provided for by Local Rule 7(a)(2).

RESPECTFULLY SUBMITTED

THE DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS & ANGELL, LLP,
THEIR ATTORNEYS

By: /s/
Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of June 2005 a copy of the foregoing was mailed, first class, postage prepaid to:

Scott Lucas, Esq.
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06905
Phone: (203) 973-5200
Fax: (203) 973-5250

_____
John G. Stretton