

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | JUNE 24, 2005 |

### DEFENDANT SUN MICROSYSTEMS, INC.'S NOTICE OF MANUAL FILING

Please take notice that Defendant, Sun Microsystems, Inc., has manually filed the following Exhibits to Defendant's Memorandum of Law in Support of Motion for Summary Judgment:

**Exhibits A – OO**

These documents have not been filed electronically because the electronic file size of the documents exceeds 1.5 megabytes.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED
DEFENDANT
SUN MICROSYSTEMS, INC.
BY ITS ATTORNEYS,

Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

STM_194777_1/JSTRETTON

- 2 -

## CERTIFICATION

This is to certify that on the 24th day of June, 2005, a copy of the foregoing Notice of Manual Filing was mailed, first class postage prepaid, to counsel for the Plaintiff, addressed as follows:

Scott Lucas, Esq.
Martin Lucas & Chioffi
177 Broad Street
Stamford, CT 06901

_____
John G. Stretton