# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MARGARET MARY KELLEY,

    Plaintiff,

V.

SUN MICROSYSTEMS, INC.,

    Defendant.

APPEARANCE

CASE NUMBER: 3:03 CV 00057 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: plaintiff Margaret Mary Kelley.

| | |
|---|---|
| 6/29/05 | *signature* |
| Date | Signature |
| ct22145 | Claire E. Ryan |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 973-5200 | Martin, Lucas & Chioffi, LLP<br>177 Broad Street |
| Telephone Number | Address |
| (203) 973-5250 | Stamford, CT 06901 |
| Fax Number | |
| cryan@mlc-law.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of June, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

*/s/ Claire E. Ryan*
Claire E. Ryan (ct22145)