UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | CIVIL ACTION NO. |
| | : | 3:03-CV-00057 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | JUNE 29, 2005 |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Margaret Mary Kelley hereby requests an extension of 30 days, to and including August 15, 2005, in which to submit her Memorandum in Opposition to Defendant's Motion for Summary Judgment. In support of this Motion, plaintiff states that plaintiff's counsel, Scott R. Lucas, Esq., departed Friday, June 17, 2005 for a long-planned, prepaid family trip to Europe and will not return to the office until July 5, 2005. In addition, during the month of July, summary judgment briefs are due in the following cases in which Attorney Lucas is counsel: Michael Culkin v. Pitney Bowes Inc., Civil Action No. 3:03 CV 01865 (DJS); Mody v. General Electric Company, Civil Action No. 3:04 CV 0358 (JCH); and Joy-Mullen v. Centocor Inc., Civil Action No. 3:04 CV 00446 (JCH). Accordingly, Attorney Lucas needs the additional time to fully prepare a response to the myriad and intertwined issues raised by defendant's Motion for Summary Judgment on all eight counts of plaintiff's Complaint.

Plaintiff's counsel, John Stretton, has been consulted and indicates he has no objection to the granting of this Motion. This is the first request for additional time to respond to the defendant's summary judgment motion, and the seventh extension sought as to deadlines in the Scheduling Order. Five of these seven requests have been made with opposing counsel's consent or without objection.

By /s/ Claire E. Ryan
Claire E. Ryan (ct22145)
Scott R. Lucas (ct00517)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of June, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

　　　　　　　　　　　　　　　　　　　　　　　Claire E. Ryan (ct22145)