UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-00057 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | JULY 29, 2005 |
| Defendant. | : | |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7 (b) of the United States District Court District of Connecticut, plaintiff Margaret Mary Kelley hereby moves for a fifteen (15) day extension of time, up to and including August 30, 2005, in which to submit her Memorandum in Opposition to Defendant's Motion for Summary Judgment. In support of this Motion, plaintiff states that during the month of August, the undersigned has dispositive motions and/or oppositions to dispositive motions due in Beth Joy-Mullen v. Centocor, Civil Action No. 3:04 CV 00466 (JCH), Mody v. General Electric Company, Civil Action No. 3:04CV0358 (JCH), Kelley v. Sun Microsystems, Inc., 3:03-CV-00057 (DJS), and Culkin v. Pitney Bowes, Inc., 3:03 CV 01865 (DJS), as well as post-hearing briefs due in Williamson v. Public Storage, AAA Case No.: 12 160 00199 04, and Success Systems, Inc. v. Fuel Supply Inc., AAA Case No. 12 117 00710 04). The undersigned also has numerous depositions scheduled in August, one of which is an out-of-state deposition to be taken in Telluride, Colorado.

This is Plaintiff's second Motion for an Extension of Time to file an Opposition to Defendant's Motion for Summary Judgment. Defendant does not oppose this request.

By _____
Scott R. Lucas (ct00517)
Claire E. Ryan (ct22145)
*Attorneys for Plaintiff*
*Margaret Mary Kelley*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of July, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

Scott R. Lucas