UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 57 (CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | AUGUST 30, 2005 |
| Defendant. | : | |

## MOTION TO EXCEED PAGE LIMITATION ON PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In compliance with Local Rule 7(a)(2), plaintiff respectfully moves the Court for permission to exceed the page limitation established for briefs or memoranda by the Local Rules of Civil Procedure. As defendant's brief addresses all eight counts of plaintiff's Second Amended Complaint, and defendant was allowed to submit a brief spanning some 44 pages, plaintiff respectfully requests that she be allowed to exceed the page limitation by 2 pages to enable her to properly and adequately address the myriad issues raised in defendant's Motion for Summary Judgment.

By_____
Scott R. Lucas (ct00517)
*Attorney for Plaintiff*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 30th day of August, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

_____
Scott R. Lucas