UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| **MARGARET MARY KELLEY,** | : | **CIVIL ACTION NO.** |
| | : | **3:03 CV 57 (DJS)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **SUN MICROSYSTEMS, INC.,** | : | |
| | : | **AUGUST 30, 2005** |
| **Defendant.** | : | |

2005 SEP -2 A 10: 32

## NOTICE OF MANUAL FILING

Please take notice that plaintiff Margaret Mary Kelley has manually filed the following documents or things:

(1)    Plaintiff's Appendix of Exhibits to Memorandum in Opposition to Defendant's Motion for Summary Judgment [containing App. Exs. 1-42].

These documents have not been filed electronically because they cannot be converted to an electronic format because of their length.

These documents have been manually served on all parties.

By
Scott R. Lucas (ct00517)
*Attorney for Plaintiff*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 30th day of August, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

Scott R. Lucas