UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:03CV57 (DJS) |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | SEPTEMBER 13, 2005 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), Defendant Sun Microsystems, Inc. ("Sun Microsystems") hereby moves for a fifteen-day extension of time until and including October 4, 2005 to file a reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment. Counsel for Plaintiff has no objection to the proposed extension. The extension of time is necessary in order to afford counsel for Defendant sufficient time to review Plaintiff's Objection, consult with his client, and prepare a reply brief to Plaintiff's Opposition, which is 42 pages long. This is the first such request for an extension to file a reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, Defendant respectfully requests that this extension of time to file reply briefs be granted up to and including October 4, 2005.

DEFENDANT
SUN MICROSYSTEMS, INC.

By: _____
Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT has been sent via first class mail, postage prepaid, to:

>Scott R. Lucas
>Martin Lucas & Chiofi, LLP
>1177 Summer Street
>Stamford, CT 06905

this 13th day of September, 2005.

_____
John G. Stretton