UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | ) | CIVIL ACTION NO. |
| | ) | 3:03 CV-0057 (DJS) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | DECEMBER 5, 2007 |

### JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT A JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b), Plaintiff Margaret Mary Kelley and Defendant Sun Microsystems, Inc. hereby move for an extension of time of thirty days, from December 13, 2007 to January 14, 2008, to submit a Joint Trial Memorandum. In support of this request, the parties aver as follows:

1. Defendant Sun Microsystems moved for summary judgment on all claims advanced by Plaintiff Margaret Kelley on June 29, 2005. Briefing on the Motion for Summary Judgment was complete on October 4, 2005. A Memorandum of Decision granting in part, denying in part, the Motion for Summary Judgment was filed on November 8, 2007.

2. On November 13, 2007, the Court ordered the parties to submit a Joint Trial Memorandum by December 13, 2007 and stated that this case should be ready for trial by January 2008.

3. Additional time is needed by both parties to timely complete a Joint Trial Memorandum. Due to the passage to time, both parties need additional time to review the case with their clients, discuss the witnesses and documents each plan to rely on at the time of trial, and agree on pretrial stipulations and other matters.

4. This is the parties' first joint motion for an extension of the deadline to file a Joint Trial Memorandum.

WHEREFORE, Plaintiff Margaret Mary Kelley and Defendant Sun Microsystems, Inc. respectfully requests that the deadline to submit a Joint Trial Memorandum be exteneded to January 14, 2008.

| DEFENDANT | PLAINTIFF |
|---|---|
| SUN MICROSYSTEMS, INC. | MARGARET MARY KELLEY |
| BY EDWARDS, ANGELL, PALMER & DODGE, LLP | BY MARTIN LUCAS & CHIOFFI, LLP |
| ITS ATTORNEYS | HER ATTORNEYS |
| By  /s/ Marc Zaken | By  /s/ Scott Lucas |
| Marc Zaken (CT 03110) | Scott Lucas (CT 00517) |
| mzaken@eapdlaw.com | slucas@mlc-law.com |
| John G. Stretton (CT 19902) | 177 Broad Street |
| jstretton@eapdlaw.com | Stamford, CT 06902 |
| 301 Tresser Boulevard | Tel.: (203) 973-5200 |
| Stamford, CT 06901 | Fax: (203) 973-5250 |
| Tel.: (203) 353-6819 | |
| Fax: (888) 325-1667 | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT A JOINT TRIAL MEMORANDUM was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Marc Zaken
                                                 Marc Zaken