# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MARGARET MARY KELLEY,

    Plaintiff,

V.

SUN MICROSYSTEMS, INC.,

    Defendant.

**APPEARANCE**

CASE NUMBER:   3:03 CV 57 (DJS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   plaintiff Margaret Mary Kelley.

| | |
|---|---|
| 1/14/08 | *[signature]* |
| **Date** | **Signature** |
| ct17608 | Mary Alice S. Canaday |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 973-5200 | Martin, Lucas & Chioffi, LLP |
| | 177 Broad Street |
| **Telephone Number** | **Address** |
| (203) 973-5250 | Stamford, CT 06901 |
| **Fax Number** | |
| mcanaday@mlc-law.com | |
| **E-mail address** | |

## **_CERTIFICATE OF SERVICE_**

This is to certify that on this 14th day of January, 2008, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

_/s/ Mary Alice S. Canaday_
Mary Alice S. Canaday (ct17608)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mcanaday@mlc-law.com