UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | January 14, 2008 |

**DEFENDANT'S PROPOSED VOIR DIRE**

Pursuant to the Court's Scheduling Order, the Defendant Sun Microsystems, Inc. submits the following proposed *voir dire* questions for potential jurors:

**Witness List:**

Do you, your spouse or any member of your immediate family, or any personal friend know any of the following individuals, and if yes, please describe the nature of the relationship:

Mary Margaret Kelley

Steven Fugazy

Kristen Powers

Michael Kozak

Michael Cademartori

Jacqueline Davis

Cheryl DeBorja

Phillip Clark

Anjali Jhangiani

Bruce Likely

James Mangum

_241256_3/

Kelly Marazas

Michael McDonagh

John Omerso

Jay Seaman

Brian Franz

Denise Thomas

David Vogelzang

Sheldon Wishnick

John Kryspin

Geoffrey Cooke

Marc L. Zaken (Counsel for Defendant)

John G. Stretton (Counsel for Defendant)

Scott R. Lucas (Counsel for Plaintiff)

Mary Canaday (Counsel for Plaintiff)

**Personal:**

What is your educational background?

What is your occupation?

    Where are you employed?

    How long have you been employed there?

    What is your job title?

    What are your job duties?

    Are you or have you been a member of a union?

    Do you supervise other employees?

    Do you have any responsibility for hiring, promoting, or terminating others? Please explain.

Have you ever recommended the termination or demotion of an employee? Please explain.

Have you ever been accused of treating a subordinate employee unfairly?

If self-employed, what is the nature of your business?

Where were you employed previously?

Do you feel that your work experience or the work experience of your spouse or any member of your family will have any bearing on your decision in this case? If yes, please explain.

Are you, or have you ever been, married?

Do you have children?

Do you own or rent your home?

What are your hobbies?

Do you belong to any clubs, teams, or community organizations? Please describe.

**Sun Microsystems:**

Do you know or have you heard of Sun Microsystems, Inc.? If yes, what do you know or what have you heard about that company?

Have you or a member of your family ever been employed by the defendant, Sun Microsystems?

    If so, when?

    What position did you or they hold?

    If no longer employed by Sun Microsystems, why did you or they leave?

Have you, your spouse or any member of your immediate family, or any personal friend ever had a dispute with Sun Microsystems?

    If so, what was the nature of the dispute?

    Would this experience affect your ability to decide this case in an impartial manner?

Has anyone ever expressed any opinion or otherwise said anything about Sun Microsystems that would affect your ability to decide this case in an impartial manner? Please explain.

Have you read anything about Sun Microsystems or seen anything about Sun Microsystems on television that has influenced or affected your opinion of the company? Please explain.

**Jury Duty:**

Have you ever previously served on a Jury?

    Where did you serve as a juror (state or federal court)?

    When did you serve as a juror?

    Was the case a civil or criminal matter?

    Did the case go to verdict?

    What were your impressions of the experience?

**Lawsuits:**

Have you, a family member or any personal friend ever sued or been sued or threatened with a lawsuit? Please explain.

When did this occur?

    Where you the Plaintiff or the Defendant?

    What were your impressions of the experience?

Have you, your spouse or any member of your immediate family, or any personal friend ever filed a lawsuit against your/their employer? Please describe it.

Have you ever believed that you could have filed a lawsuit but chose not to do so? Please explain.

Have you ever been a witness in any trial or hearing? If yes, please describe the type of case and the outcome.

What is your general opinion regarding lawsuits?

What is your general opinion regarding employment discrimination lawsuits?

Do you believe there is merit to every lawsuit just because it is filed with the Court?

Do you believe that there are too many lawsuits?

How does the media portray the legal system? Do you agree or disagree with this portrayal?

**Employment Issues:**

Do you believe, in general, that employers treat their employees fairly and with respect? Please explain?

Have you, your spouse or any member of your immediate family, or any personal friend ever been laid off or otherwise terminated ? Please explain the circumstances and whether you felt your employer was within its rights to terminate your employment.

Have you, your spouse or any member of your immediate family, or any personal friend ever been disciplined at work? If yes, please explain whether you felt the discipline was warranted.

Have you, your spouse or any member of your immediate family, or any personal friend ever felt or believed that you or they were mistreated by your/their employer? Please explain.

Have you, your spouse or any member of your immediate family, or any personal friend ever been employed by a company that was accused of discrimination or unfair employment practices? Please explain.

Have you, your spouse or any member of your immediate family, or any personal friend ever filed a complaint of unfair employment practices with a government agency? Please explain.

Do you think that employees sometimes bring unfounded or fabricated claims against their employers in order to get money or do you tend to assume that if someone was terminated or disciplined that he/she was not treated fairly? Please explain.

Have you, your spouse or any member of your immediate family, or any personal friend ever worked for or had contact with the Equal Employment Opportunity Commission or the Connecticut Commission on Human Rights and Opportunities or any other human or civil rights agency? Please explain.

Have you read or heard about cases where individuals sued their employers claiming their employers treated them improperly or unfairly? What do you think about these kinds of lawsuits?

**Damages:**

If the evidence does not support the allegations that Ms. Kelley has made, will you be willing and able to return a verdict that provides Ms. Kelley with less than she is asking for or nothing at all?

Do you understand that it is Ms. Kelley's burden to demonstrate to you an entitlement to each element of damages claimed? Will you be willing and able to view the evidence carefully to satisfy yourself as to whether it fairly supports each element of damages claimed?

**General:**

Do you feel that you would be able to follow the Judge's instructions of law even if you disagreed with his instructions?

If you are instructed not to consider evidence that the judge excludes, will you be able to ignore this evidence during your deliberations?

Do you consider yourself to be a sympathetic person? Do you believe you will be capable of putting aside your feelings of sympathy for any particular witness and view the evidence in an objective and fair manner?

If, after hearing all the evidence in this case, you feel sorry for Ms. Kelley, but you also believe that Sun Microsystems did not violate the law, will you be willing to return a verdict that provides Ms. Kelley within nothing? Please explain.

Are you comfortable with the idea of being a decisionmaker?

Have you ever had the opportunity to be a decisionmaker? Please explain.

Have you ever felt strongly about an issue and then later changed your mind? Please explain.

Do you believe that an important function of juries in America is to send messages to the litigants, whether it is the Plaintiff or the Defendant? Please explain.

Do you have any belief or feeling for or against corporations that might prevent you from being a completely fair and impartial juror in this case? Please explain.

Do you believe that large corporations should be distrusted? Please explain.

From what you have heard or read, do you think that in recent years the money awards from lawsuits have generally been too high or too low or about right?

From what you have heard or read, do you think that in recent years the number of lawsuits filed have generally been too high or too low or about right?

Do you know of any reason that would prevent you from fairly considering the evidence in this case and reaching an impartial result? If yes, please explain.

Have you formed a view of the case to this point?

If there is anything you did not tell the Court previously which might affect your ability to serve as an impartial juror in this case, please raise your hand at this time.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS ANGELL PALMER
& DODGE, LLP
THEIR ATTORNEYS

By_____/s/ John G. Stretton_____
Marc L. Zaken (CT 03110)
mzaken@eapdlaw.com
John G. Stretton (CT 19902)
jstretton@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, a copy of the foregoing DEFENDANT'S PROPOSED VOIR DIRE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ John G. Stretton
                                          John G. Stretton