UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | JANUARY 14, 2008 |

## DEFENDANT'S EXHIBIT LIST

| Exhibit | Description | |
|---|---|---|
| 1 | Offer letter to Kelley from Sun Microsystems dated 9/5/00 – Bates nos. 1416-1417 | |
| 2 | Job Offer Form dated 9/5/00 | |
| 3 | Sales Representative & Account Executive Plan Agreement (Goal Sheet) dated 10/17/00 – Bates nos. SUN00183-184 | |
| 4 | Sales Representative & Account Executive Plan Agreement (Re-Goaling) Form dated 1/25/01 – Bates nos. SUN00177-179 | |
| 5 | Sales Representative & Account Executive Plan Agreement (Re-Goaling) Form dated 5/18/01 – Bates nos. SUN00180-182 | |
| 6 | Commission Summary Reports re: M. Kelley | |
| 7 | Commission Summary Reports re: K. Powers | |
| 8 | Fugazy email dated 11/20/00 re: Expectations – Bates no. 0749 | |
| 9 | Offer letter to Kozak dated 11/28/00 | |
| 10 | SunMicrosystems FY'01 Americas Sales Compensation Plan, including supplements/amendments | |
| 11 | Memo to Kelley from Fugazy re: Teaming dated 2/1/01 | |
| 12 | Commission Summary Reports re: Kozak | |
| 13 | Memo to Kelley from Kozak re: Meeting dated 2/20/01 | |
| 14 | Fugazy email re: Global Manufacturing District SR Stack Rankings dated 4/5/01 | |
| 15 | Fugazy email re: Global Manufacturing District SR | |

_242043_4/

|    |                                                                                                       |    |
|----|-------------------------------------------------------------------------------------------------------|----|
|    | Stack Rankings dated 4/9/01 – Bates nos. SUN00039, 00045, 0858                                        |    |
| 16 | Fugazy email re: re: Kelley/Powers/Kozak Team dated 4/10/01                                           |    |
| 17 | Fugazy email re: Clarification-Password for Balance of FY01 dated 4/17/01 – Bates no. 0718            |    |
| 18 | Fugazy email re: SUN HA – Assessment Update Request dated 4/25/01 – Bates no. 0915-0916               |    |
| 19 | APO Star Process Skills Assessment dated 4/30/01                                                      |    |
| 20 | Fugazy email re: July vacation dated 5/17/01 – Bates no. 0701                                         |    |
| 21 | Fugazy email dated 5/21/01 – Bates nos. 1023-1025                                                     |    |
| 22 | Fugazy email re: Sales Tools dated 5/21/01 – Bates nos. 0733-0735                                     |    |
| 23 | Fugazy memo re: GE FY'02 Headcount Recommendation dated 6/21/01 – SUN1021-1025                        |    |
| 24 | Kozak email re: Congratulations dated 6/26/01                                                         |    |
| 25 | Fugazy email re: Urgent RIF Details dated 7/18/01 – Bates nos. SUN1018-1020                           |    |
| 26 | Fugazy email re: Kelley redeployment dated 7/19/01 – Bates no. SUN00046                               |    |
| 27 | Kelley email to Fugazy re: termination dated 7/23/01                                                  |    |
| 28 | Kelley email to Deborja re: job opportunities dated 7/23/01 – Bates no. 0655                          |    |
| 29 | Deborja email to Kelley re: questions dated 7/27/01 – Bates nos. 0489-0492                            |    |
| 30 | Kelley email to Marazas re: questions and references dated 7/27/01 – Bates nos. 0643                  |    |
| 31 | Kelley email to Marazas re meeting dated 8/13/01 – Bates nos. 0482-0486                               |    |
| 32 | Kelley email to Dilling re: Kelley interview dated 8/16/01 – Bates nos. 0480-0481                     |    |
| 33 | Dilling email to Kelley re: Kelley interview dated 8/16/01 – Bates nos. 0487                          |    |
| 34 | Kelley email to Deborja re: Kelley-Career at Sun dated 9/16/01 – Bates no. 0646                       |    |
| 35 | Kelley email to Deborja re: Questions dated 9/21/01                                                   |    |
| 36 | Performance Review for Individual Contributors re: Kozak dated 9/25/01 – Bates nos. SUN00793-0797     |    |
| 37 | Kelley email to Marazas re: update request for questions dated 9/26/01 – Bates nos. 0640-0641         |    |
| 38 | Deborja email to Kelley re: answers to questions dated 9/27/01 – Bates nos. 0649-0650                 |    |
| 39 | Performance Review for Individual Contributors re: K. Powers dated 10/5/01                            |    |

_242043_4/

| | | |
|---|---|---|
| 40 | Kelley email to Marazas/Deborja re: Commissions-Splittool Reversals dated 10/23/01 | |
| 41 | Marazas email to Kelley re: Kelley Commissions dated 11/6/01 – Bates nos. 1127-1129 | |
| 42 | Marazas email to Kelley re: Kelley Commissions dated 11/7/01 – Bates no. 0633 | |
| 43 | Kelley email to Marazas re: Kelley Commissions dated 11/9/01 – Bates no. 0637 | |
| 44 | Marazas email to Kelley re: Kelley Commissions dated 11/12/01 – Bates no. 0632 | |
| 45 | Paycheck History – M. Kelley – Bates nos. SUN00737-0738 | |
| 46 | Fugazy Calendar Notes | **Objection:** Foundation, hearsay, undue prejudice, relevance |
| 47 | FY'02 GSO Americas Sales Compensation Plan | |
| 48 | Performance Review for Individual Contributors – Kelley dated 9/1/02 – Bates nos. SUN00788-792 | |
| 49 | CHRO Notice of Final Agency Action re: Kelley dated 7/8/02 | **Objection:** Inadmissible under current law |
| 50 | 5/4/01 Stack Ranking – Bates no. SUN00040 | |
| 51 | Performance Criteria Tool – Individual Contributors – Kozak | **Objection:** Foundation, hearsay, undue prejudice, relevance |
| 52 | Performance Criteria Tool – Individual Contributors – Kelley – SUN00031 | |
| 53 | Initial Performance Ratings Spreadsheet | **Objection:** Lack of foundation, relevance, prejudice outweighs probativeness |
| 54 | Defendant's Issue Complaint Resolution Policy | **Objection:** Lack of foundation, relevance, prejudice outweighs probativeness |
| 55 | Defendant's Anti-Discrimination and Harassment Policy | **Objection:** Lack of foundation, relevance, prejudice outweighs probativeness |
| 56 | Defendant's EEO Policy | **Objection:** Lack of foundation, relevance, prejudice outweighs probativeness |
| 57 | Defendant's Involuntary Separation Workforce Reduction Policy | **Objection:** Lack of foundation, relevance, prejudice outweighs probativeness |

_242043_4/

| 58 | Termination Letter to Plaintiff dated 7/30/01 | |
| --- | --- | --- |
| 59 | Commission Summary Reports re: Kelley – Bates nos. SUN1120-1149 | |
| 60 | Powers Offer Letter dated 4/2/99 | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 61 | Kelley Application for Employment | |
| 62 | Kelley Acknowledgement of Harassment Policy | |
| 63 | Kelley Interview Correspondence to Fugazy dated 6/7/00 | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 64 | Kelley email dated 1/17/01 re B. Franz meeting | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 65 | Kelley email dated 1/19/01 re B. Franz meeting | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 66 | Fugazy email dated 2/9/01 re Sun Star Assessment tool | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 67 | Fugazy email dated 5/24/01 re forecasting | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 68 | Cademartori email dated 7/23/01 re Kozak | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 69 | Sales Associates expectations | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 70 | Kelley's Election of Benefits | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 71 | Sun Microsystems 2001 Monthly COBRA Rates – Bates no. 0056 | |
| 72 | Kelley Email to Horner dated 10/23/01 re: services required – Bates no. 1146 | **Objection:** Attorney/client privilege |
| 73 | Kelley Email to DeBorja dated 9/7/01 re: conference call – Bates no. 1147 | |
| 74 | Kelley Email to DeBorja & Marazas dated 9/26/01 | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 75 | Fugazy Email to Kelley dated 7/25/01 re: account transition – Bates nos. 0626-0627 – Bates nos. 1152-1153 | |
| 76 | Kelley Email to McCrystal dated 6/27/01 re: 6/27/01 meeting – Bates no. 1167 | |

| | |  |
|---|---|---|
| 77 | Horner Email to Marazas dated 10/23/01 re: unpaid commissions – Bates no. 1181 | |
| 78 | Kelley Email to DeBorja dated 9/18/01 re: extension to return release agreement – Bates nos. 1271-1273 | |
| 79 | Kelley Email to Fugazy dated 5/30/01 re: forecasting – Bates no. 0930 | |
| 80 | Kelley Diary Entries | |
| 81 | Kelley calculation of commissions due – Bates nos. 1182-1207 | |
| 82 | May 2001 Kelley Skills Development Plan – Bates no. SUN00495 | |
| 83 | Kelley List of Post-Sun Employment – Bates no. 02285 | |
| 84 | Sun Your Benefits Handbook 1/1/00 and 1/01 Supplement | |
| 85 | Kelley email dated 9/25/01 re: severance demand | **Objection:** Failure to timely produce in discovery/not seen (all other objections reserved) |
| 86 | Sales Representative & Account Executive Plan Agreement (Goal Sheet) re: K. Powers | |
| 87 | Sales Representative & Account Executive Plan Agreement (Goal Sheet) re: M. Kozak | |
| 88 | W-2 for K. Powers | |
| 89 | W-2 for M. Kozak | |
| 90 | Chart Tracking Stock Prices for Sun Microsystems from 1999 - 2002 | **Objection:** Foundation, failure to produce during discovery, relevance, prejudice |
| 91 | Meg Kelley Progress Plan – Exhibit 11 from Kelley deposition 3/9/04 | |
| 92 | Global Accounts District – My Expectations of Our Representatives dated 11/30/00 – Exhibit 12 from Kelley deposition 3/9/04 | |
| 93 | Involuntary Separation Plan dated 7/1/01 – Exhibit 32 from Kelley deposition 3/9/04 | |
| 94 | Fugazy email dated 5/24/01 to Kelley re: Expenses – Bates nos. 0987-0989 | |

| 95 | Plaintiff's Objections and Responses to Defendant Sun Microsystems First Set of Interrogatories. | **Objection:** Hearsay |
| 96 | Plaintiff's Supplemental Responses to Defendant Sun Microsystems First Set of Interrogatories dated 2/11/04. | **Objection:** Hearsay |

                              THE DEFENDANT
                              SUN MICROSYSTEMS, INC.
                              BY EDWARDS ANGELL PALMER
                              & DODGE, LLP
                              THEIR ATTORNEYS


By_____/s/ John G. Stretton_____
Marc L. Zaken (CT 03110)
mzaken@eapdlaw.com
John G. Stretton (CT 19902)
jstretton@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

_242043_4/

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, a copy of the foregoing DEFENDANT'S EXHIBIT LIST was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ John G. Stretton
          John G. Stretton