UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | JANUARY 14, 2008 |

**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S USE OF STATISTICAL AND TESTIMONIAL EVIDENCE REGARDING THE TERMINATIONS OF OTHER EMPLOYEES**

Pursuant to Fed. R. Evid. 401 and 403, Defendant Sun Microsystems, Inc. ("Sun Microsystems") respectfully submits the following Motion in Limine to preclude Plaintiff Margaret Mary Kelley's ("Plaintiff") use of statistical evidence at trial regarding the number of other terminated employees who were over the age of 40, or any other statistical evidence regarding terminations, as well any reference to the terminations of Eileen Bianconi, Marla McGrail, John Omerso, or any other specific individuals aside from the Plaintiff. This statistical and testimonial evidence is either irrelevant or at the very least its probative value is outweighed by the danger of unfair prejudice. At trial, Plaintiff must prove that her termination was discriminatory, not others, and therefore any statistical or testimonial evidence regarding the termination other employees, such as Eileen Bianconi, Marla McGrail, John Omerso, or any other specific individuals, aside from Plaintiff, is simply irrelevant to Plaintiff's burden of proof. Moreover, Plaintiff fails to place the statistical evidence in its relevant context by comparing terminated workers to non-terminated workers and the statistical sample employed is too small to be relevant

**ORAL ARGUMENT REQUESTED**

and reliable. Finally, even if Plaintiff did conduct a proper statistical analysis,[1] her evidence is inadmissible without expert testimony.

THE DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS ANGELL PALMER
& DODGE, LLP
THEIR ATTORNEYS


By_____/s/ John G. Stretton_____
Marc L. Zaken (CT 03110)
mzaken@eapdlaw.com
John G. Stretton (CT 19902)
jstretton@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

---

[1] Any such argument would be based on evidence Plaintiff has not previously disclosed and thus Sun Microsystems does not waive any objections it might raise to Plaintiff's use of that evidence at this late stage in the proceedings.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, a copy of the foregoing DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S USE OF STATISTICAL AND TESTIMONIAL EVIDENCE REGARDING THE TERMINATIONS OF OTHER EMPLOYEES was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ John G. Stretton
        John G. Stretton

STM_STM_242860_1 (2).DOC