UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 03-CV-57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | JANUARY 14, 2008 |

### MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S REFERENCE TO AN UNIDENTIFIED DECLARANT'S COMMENTS

Pursuant to Fed. R. Evid. 401and 802, Defendant Sun Microsystems, Inc. ("Sun Microsystems") submits this Motion in Limine to preclude Plaintiff Margaret Mary Kelley ("Plaintiff") from testifying about an allegedly discriminatory, but facially neutral, comment allegedly made by an unidentified declarant. Plaintiff claims that while sitting at a conference table, she pulled out some hand cream stating that her hands were dry and that in response one of the individuals at the table said "something like oh, that's not all that's dry around here or dried up around here. Something like that." However, Plaintiff could not identify the declarant, stating, "I don't know which one" made the statement. Because Plaintiff cannot identify the declarant and establish that it was made by a decisionmaker in her termination, it is irrelevant to establishing a discriminatory motive. Additionally, because the declarant's identity is unknown, the statement cannot be

**ORAL ARGUMENT REQUESTED**

- 2 -

attributed to an agent of Sun Microsystems and is hearsay and therefore inadmissible to prove discrimination.

THE DEFENDANT
SUN MICROSYSTEMS, INC.
BY EDWARDS ANGELL PALMER
& DODGE, LLP
THEIR ATTORNEYS


By_____/s/ John G. Stretton_____
Marc L. Zaken (CT 03110)
mzaken@eapdlaw.com
John G. Stretton (CT 19902)
jstretton@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, a copy of the foregoing MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S REFERENCE TO AN UNIDENTIFIED DECLARANT'S COMMENTS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ John G. Stretton
                                            John G. Stretton