UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | JANUARY 14, 2008 |
| Defendant. | : | |

### PLAINTIFF'S VOIR DIRE

Plaintiff Margaret Mary Kelley propounds the following specific questions to be presented to prospective jurors during the voir dire in addition to the customary and standard questions put to the prospective jurors concerning their backgrounds, opinions and potential biases:

1. Have you or any family members or close friends worked for Sun Microsystems or a Sun Microsystems-related company? If so, in what capacity?

2. Do you believe there are too many frivolous lawsuits? If so, will you discuss with me how that might impact your views on this case?

3. Do you have any misgivings or ill-feeling about individuals who bring suits when they feel they have been injured in violation of the law?

4.  Have you ever been involved in a lawsuit? If so, tell me about your experience. How do you think that might affect your role as a juror?

5.  Do you have any negative feelings toward lawyers in general or, as you look around you, these lawyers and/or their clients? If so, tell me how you think that might affect your role as a juror.

6.  Do you know anyone who is close to you who works at or has an ownership interest in any small business that has been sued? If so, tell me the nature of the suit and your opinion about it.

7.  Do you know anyone who has accused or been accused of violating any employment law? If so, tell me about it.

8.  Have you or any family member or close friend ever been discriminated against?

9.  Have you or any family member or close friend suffered any harassment at the workplace?

10. Have you or any family member or close friend ever been in an employment situation where, in your opinion, discrimination or retaliation was taking place?

11. Have you or any family member or close friend ever been in an employment situation where, in your opinion, harassment or retaliation was definitely not taking place but the employer was sued anyhow?

12. Have you or any family member or close friend ever made a grievance or a complaint related to discrimination or retaliation?

13. Have you or any family member or close friend ever made a grievance or a complaint related to on-the-job harassment?

14. Have you or any family member or close friend ever testified as a witness in any proceeding? If so, tell me about it.

15. Have you or any family member or close friend ever been promised an employment benefit and then not received it. If so, what did you do about it? Did you sue? Why or why not? Do you think it is wrong to bring legal action if the law is broken?

16. Have you ever owned your own business? If yes, did you have any policies in place concerning discrimination?

17. Are you or have you ever been employed in a position where you supervised other employees?

18. Have you ever employed or supervised an employee who made a complaint against you that was unfair or unjust?

19. If you felt you were being treated unfairly at work, would you be willing to complain to your supervisor?

20. Have you ever made such a complaint? If so, where there any repercussions from making the complaint?

21. Do you have any prejudices or feelings that you think might impact your role as a juror even if you think you can overcome them and be fair? If so, please tell me about them.

22. Can you envision a situation where you or any family member or close friend have been victims and bring a civil action to recover money from a wrongdoer? If not, why? Do you feel bringing a civil lawsuit is inappropriate?

23. Have you or a family member ever been laid off or fired from your employment?

24. Do you have any issue awarding money for a wrong if instructed that it is appropriate under the law?

25. Have you or any family member or close friend ever been denied any employment benefits, money or commissions, that in your opinion, were owed?

26. Have you or any family member or close friend ever been retaliated against at work for complaining to a supervisor or employer about any work-related problems?

27. Do you believe that people should be treated in the same manner at work as other individuals regardless of their race or age?

28. Is there any reason you can think of which would cause you to favor one side over the other at the outset of this case?

29. Do you want to serve as a juror? Why or why not?

30. Tell me what you think about our legal system?

Dated: January 14, 2008

By_____
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 14th day of January, 2008, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

Scott R. Lucas (ct00517)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com