UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | JANUARY 14, 2008 |
| Defendant. | : | |

## PLAINTIFF'S TRIAL EXHIBIT LIST[1]

| Exhibit | Description | Objection |
|---|---|---|
| 1 | Meg Kelley Resume (Depo. Ex. 9) | |
| 2 | Meg Kelley Job listings post-2002 | |
| 3 | September 5, 2000 Offer letter from Sun Microsystems to Margaret Mary Kelley (Depo. Ex. C; 1416-1417) | |
| 4 | Salary Worksheet (SUN00678) | |
| 5 | November 7, 2000 email from Steve Fugazy to Darlene Alameda, et al. re: New Passport contact (Depo. Ex. F; 0765) | |
| 6 | November 20, 2000 email from Steve Fugazy to Meg Kelley re: Expectations (Depo. Ex. G; 0749) | |
| 7 | November 28, 2000 offer letter to William M. Kozak (Depo. Ex. VV; SUN00743-744) | |
| 8 | December 13, 2000 email from Steve Fugazy to David Morley, et al. re: GE Passport data (Depo. Ex. I; 0750) | |
| 9 | January 9, 2001 email from Steve Fugazy to Meg Kelley re: Urgent Update Request (Depo. Ex. J; 0665-666) | |
| 10 | February 1, 2001 email to Meg Kelley from Steve Fugazy re: Teaming (Depo. Ex. 2) | |
| 11 | February 7, 2001 email from Steve Fugazy to Maureen Burke re: Bookings/Billings/Backlog (Depo. Ex. K; 758-760) | |
| 12 | February 18, 2001 email from Steve Fugazy to Meg | |

---

[1] The following exhibits are to be used by plaintiff in her case-in-chief. Not included are all exhibits to potentially be used for rebuttal and/or impeachment purposes, and plaintiff reserves the right to use additional documents for rebuttal and/or impeachment in accordance with this Court's Pretrial Order.

|    | | |
|----|---|---|
|    | Kelley re: February Passport Prelim report (Depo. Ex. L; 0664) | |
| 13 | April 5, 2001 email from Steve Fugazy to Phil Clark re: Global Manufacturing District SR Stack Rankings | |
| 14 | April 9, 2001 email from Steve Fugazy to Kathleen Burke et al. re: Global Manufacturing District SR Stack Rankings (Depo. Ex. OO/SUN00039, and Ex.P to Def.'s SJ Appdx.) | |
| 15 | April 10, 2001 email from Steve Fugazy to Meg Kelley, et al. re: Mike Kozak will join Powers/Kelley Team (Depo. Ex. M; 0858) | |
| 16 | April 11, 2001 email from Steve Fugazy to Meg Kelley re: Q4 Passport (Depo. Ex. N; 0751) | |
| 17 | April 17, 2001 email from Steve Fugazy to James Mangum, et al. re: Clarification–Passport for Balance of FY01 (Depo. Ex. O; 0718) | |
| 18 | April 24, 2001 email from Steve Fugazy to Hans Oeges re: Update: Netherlands Request for Information (Depo. Ex. P; 0783-784) | |
| 19 | April 25, 2001 email from Steve Fugazy to Meg Kelley re: Assessment Update Request (Depo. Ex. Q; 0915-916) | |
| 20 | April 26, 2001 email from Steve Fugazy to Meg Kelley re: Q4 Passport Focus (Depo. Ex. R; SUN00032] | |
| 21 | April 26, 2001 email from Steve Fugazy to Jackie Davis, et al. re: Urgent Information Request (Depo. Ex. S; 0852) | Hearsay, Relevance |
| 22 | April 26, 2001 email from Steve Fugazy to Meg Kelley, et al. re: Hong Kong Update (Depo. Ex. T; 0676) | Hearsay, Relevance |
| 23 | May 3, 2001 memo from Scott McNealy to Kelley re: Recognition Stock Option Award [Pl's SJ Appdx of Exs 18] | |
| 24 | May 7, 2001 email from Steve Fugazy to Meg Kelley re: Passport Memo (Depo. Ex. U; 0710-711) | |
| 25 | May 17, 2001 email from Steve Fugazy to Meg Kelley re: July Vacation (Depo. Ex. V; 0701) | |
| 26 | May 21, 2001 email from Steve Fugazy to Meg Kelley re: New Lotus-on-Sun Sales Tool Now Available (Depo. Ex. W; 1023-1026) | |
| 27 | May 21, 2001 email from Steve Fugazy to Meg Kelley re: New Lotus-on-Sun Sales Tool Now Available (Depo. Ex. W; 1023-1026) | |
| 28 | June 14, 2001 email from Steve Fugazy to Meg Kelley, et al. re: GE Business–Passport Reporting | |

| | | |
|---|---|---|
| | (Depo. Ex. Y; 0802-803) | |
| 29 | June 14, 2001 email from Steve Fugazy to Meg Kelley re: GE Business for FY '01 (Depo. Ex. Z; 0667-669) | |
| 30 | June 15, 2001 email from Steve Fugazy to Meri Meonske, et al. re: SMF Passport Reconciliation (Depo. Ex. AA; 0714-715) | |
| 31 | June 28, 2001 email from Steve Fugazy to Meg Kelley re: GCF Women's IT Forum (Depo. Ex. DD; 0689) | |
| 32 | June 25, 2001 email from Steve Fugazy to Michael Naioti, et al. re: Thank you and Congratulations (Depo. Ex. EE; 0661) | Hearsay, Relevance, |
| 33 | June 26, 2001 email from Steve Fugazy to M. Schramm re: Thank you and Congratulations (Depo. Ex. FF; 0816) | Hearsay, Relevance |
| 34 | June 26, 2001 email from Michael Kozak to Meg Kelley re: "CONGRATULATIONS!!" (Depo. Ex. WW) | Hearsay, Relevance |
| 35 | July 11, 2001 email from Steve Fugazy to Meg Kelley re: GE Japan Server Environment (Depo. Ex. GG; 0729) | Hearsay, Relevance |
| 36 | July 18, 2001 email from Dave Vogelzang to Valerie Barnes, et al. re: URGENT Confidential (Depo. Ex. KKK; SUN1018-1020) | |
| 37 | July 19, 2001 memo from Steve Fugazy to Dave Vogelzang re: Meg Kelley redeployment (Depo. Ex. NN; SUN00046) | |
| 38 | July 23, 2001 email from Meg Kelley to Steve Fugazy re: Meg Kelley layoff (Depo. Ex. RR; 0642) | |
| 39 | July 23, 2001 email from Meg Kelley to Cheryl Deborja (1114-15) | |
| 40 | July 23, 2001 email from Meg Kelley to Cheryl Deborja re: Job Openings URL, Career Services (Depo. Ex. ZZ; 0655) | |
| 41 | July 27, 2001 email from Cheryl Deborja to Meg Kelley re: Meg Kelley Questions (Depo. Ex. 21; 0489-0492) | |
| 42 | [July __], 2001 email from Meg Kelley to Kelly Marazas re: Meg Kelley Questions (Depo. Ex. BBB; 0643) | |
| 43 | July 30, 2001 letter to Margaret Mary Kelley re: Workforce Reduction Notice (Depo. Ex. 5) | |
| 44 | July 30, 2001 email from meg Kelley to Cheryl Deborja re: Meg Kelley Questions (1116-17) | |
| 45 | August 13, 2001 email from Kelley to Marazas re: | |

| | | |
|---|---|---|
| | interviews (Depo. Ex. 22; 0482-486) | |
| 46 | August 16, 2001 email from Kelley to Dilling (Depo. Ex. 23; 0480-481) | Hearsay, Relevance |
| 47 | August 16, 2001 email from Dilling to Kelley (Depo. Ex. 24; 0487) | Hearsay, Relevance |
| 48 | August 20, 2001 Workforce Reduction Notice (1266-1267) | |
| 49 | Release and Waiver Agreement (1380-1383) | |
| 50 | Employment Transition Services (1384) | |
| 51 | FAQs About Involuntary Separation (1407-1415) | |
| 52 | Waiver Disclosure [re: employees selected and not selected for termination] (Depo. Ex. 6) | Hearsay, Relevance, Foundation |
| 53 | September 5, 2001 email from Meg Kelley to Cheryl Deborja, et al. re: Meg Kelley - Career at SUN (Depo. Ex. CCC; 0646) | |
| 54 | September 7, 2001 email from Meg Kelley to Cheryl Deborja re: Questions (1118) | |
| 55 | September 7, 2001 email from Cheryl Deborja to Meg Kelley re: Questions (Depo. Ex. DDD; 0630) | |
| 56 | September 10, 2001 email from Meg Kelley to Cheryl Deborja re: Update (1107) | |
| 57 | September 18, 2001 email from Meg Kelley to Cheryl Deborja re: 2 Quick Questions (1119-20) | |
| 58 | September 18, 2001 email from Cheryl Deborja to Meg Kelley re: 2 Quick Questions (1121-22) | |
| 59 | September 21, 2001 email from Meg Kelley to Cheryl Deborja re: Questions–Meg Kelly (Depo. Ex. EEE; 0648) | |
| 60 | September 21, 2001 email from Meg Kelley to Cheryl Deborja re: Splittool–commission adjustments (1123-25) | |
| 61 | September 26, 2001 email from Meg Kelley to Kelly Marazas, et al. re: Update (Depo. Ex. FFF; 0626-627) | |
| 62 | September 27, 2001 email from Cheryl Deborja to Meg Kelley re: answers to questions (Depo. Ex. GGG; 0649-650) | |
| 63 | October 9, 2001 email from Cheryl Deborja to Meg Kelley (1101-03) | |
| 64 | October 23, 2001 email from Stephen P. Horner, Esq. to Kelly Marazas re: Meg Kelley (1181) | |
| 65 | October 23, 2001 memo from Kelley to Deborja re: commissions (Depo. Ex. 28) | |
| 66 | November 6, 2001 email from Kelly Marazas to Meg Kelley re: Meg Kelley commissions (Depo. Ex. III; SUN00803, 805-807) | |
| 67 | November 7, 2001 email from Kelly Marazas to Meg | |

|    | | |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------|
|    | Kelley re: Meg Kelley Commissions (Depo. Ex. HHH; 0633-639)                                                                                                  |                               |
| 68 | Excerpt from Fugazy Notebook (SUN0997 from Depo. Ex. JJJ)                                                                                                    | Hearsay                       |
| 69 | Meg Kelley Diary from July 23, 2001–November 16, 2001 (1072-1099)                                                                                            | Hearsay                       |
| 70 | Meg Kelley Internal Job Search Efforts (0505-15, 0523-24)                                                                                                    |                               |
| 71 | Meg Kelley Skills Development Plan, May 2001 (SUN00495)                                                                                                      |                               |
| 72 | Meg Kelley Re-Goaling Forms (SUN00177-184)                                                                                                                   |                               |
| 73 | Kristen Powers Re-Goaling Forms (SUN00706-720)                                                                                                               |                               |
| 74 | William Kozak Re-Goaling Forms (SUN00700-705)                                                                                                                |                               |
| 75 | Meg Kelley Performance Review for period September 2000–June 30, 2001 (w/ manager signature) (Depo. Ex. JJ; SUN00067-71)                                     |                               |
| 76 | Meg Kelley Performance Review for period September 2000–June 30, 2001 (w/ manager and second level manager signatures) (Depo. Ex. KK; SUN00788-792)          |                               |
| 77 | Kris Powers Performance Review for period January 1, 2001 to September 30, 2001 (Depo. Ex. LL; SUN00798-802)                                                 |                               |
| 78 | Mike Kozak Performance Review for period January 1, 2001 to September 1, 2001 (Depo. Ex. MM; SUN00793-797)                                                   |                               |
| 79 | Initial Performance Ratings Spreadsheet (Depo. Ex. PP; SUN00040)                                                                                             |                               |
| 80 | Kelley Earnings Summary Detail (SUN00737-738)                                                                                                                |                               |
| 81 | Kelley Reconciliation Report (SUN1150-1151)                                                                                                                  |                               |
| 82 | FY'01 Americas Sales Compensation Plan (Depo. Ex. A; SUN00206-479), including Sales Representative Sales Compensation Plan Design (Depo. Ex. B; SUN00442-446) |                               |
| 83 | Defendant's Responses to Plaintiff's First Set of Interrogatories dated September 4, 2003 (Depo. Ex. YY)                                                     |                               |
| 84 | Defendant's CHRO Responses and Position Statement (Depo. Ex. SS)                                                                                             | Hearsay, Foundation, Relevance |
| 85 | Plaintiff's Second Amended Complaint                                                                                                                         | Hearsay                       |
| 86 | Defendant's Answer to Second Amended Complaint                                                                                                               |                               |
| 87 | October 2000, Agents Commission Summary Report, October 2000 (Depo. Ex. E; SUN00086-125)                                                                     |                               |
| 88 | Misc. commission calculation documents (1034-35, 1182-86, 1111-13, 1032-33)                                                                                  |                               |
| 89 | Meg Kelley Commission Summary Reports (Depo.                                                                                                                 |                               |

|    | | |
|----|---|---|
|    | Ex. 20) | |
| 90 | Kristen Powers Commission Summary Reports (SUN00142-149) | |
| 91 | William Kozak Commission Summary Reports (SUN00154-175) | |
| 92 | 2001 Earnings documents (1259 and SUN00783) | |
| 93 | November 2003 Actuarial Report and Analysis prepared by Sheldon Wishnick, Actuarial Litigation Service (0001491-1503) | Hearsay, Speculation, Foundation |
| 94 | Updated Actuarial Report and Analysis (updated report through December 2007) (to be supplied) | Hearsay, Speculation, Foundation |

By_____
Geoff R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 14th day of January, 2008, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

_____
Scott R. Lucas (ct00517)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com