UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | JANUARY 14, 2008 |
| Defendant. | : | |

**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

1. <u>*Title VII (Sex).*</u>

    Do you find by a preponderance of the evidence that defendant violated Title VII in that plaintiff was subjected to adverse employment action(s) in which her sex was one of the motivating factors for such action(s)?

    _____Yes          _____No

    *(Please proceed to Question No. 2.)*

2. <u>*Title VII Retaliation (Sex).*</u>

    Do you find by a preponderance of the evidence that plaintiff suffered adverse employment action(s) by defendant and that her engagement in protected activity was one of the motivating factors for such action(s)?

    _____Yes          _____No

    *(Please proceed to Question No. 3.)*

3. **<u>ADEA (Age).</u>**

Do you find by a preponderance of the evidence that defendant violated the Age Discrimination in Employment Act ("ADEA") in that plaintiff was subjected to adverse employment action(s) in which her age was one of the motivating factors for such action(s)?

_____Yes          _____No

*(Please proceed to Question No. 4.)*

4. **<u>ADEA Retaliation (Age).</u>**

Do you find by a preponderance of the evidence that plaintiff suffered adverse employment action(s) by defendant and that her engagement in protected activity was one of the motivating factors for such action(s)?

_____Yes          _____No

*(Please proceed to Question No. 5.)*

5. **<u>CFEPA (Sex/Age).</u>**

Do you find by a preponderance of the evidence that defendant violated the Connecticut Fair Employment Practices Act ("CFEPA") in that plaintiff was subjected to adverse treatment or employment decisions(s) in which her sex or age was one of the motivating factors for such treatment or decision?

_____Yes          _____No

*(Please proceed to Question No. 6.)*

6. **<u>CFEPA Retaliation (Sex/Age).</u>**

   Do you find by a preponderance of the evidence that plaintiff suffered adverse employment action(s) by defendant and that her engagement in protected activity was one of the motivating factors for such action(s)?

   _____Yes          _____No

   *(Please proceed to Question No. 7.)*

7. **<u>Unjust Enrichment</u>**

   Do you find defendant liable pursuant to plaintiff's allegation of unjust enrichment?

   _____Yes          _____No

   *(If you answered "Yes" to any of Question Nos. 1 through 7, please proceed to No 8. If not, please sign the last page of this form and report to the Clerk.)*

**<u>PROXIMATE CAUSE</u>**

8. If you answered "Yes" to any of Questions 1 through 7, do you find that defendant's adverse treatment, decision(s) or action was a proximate cause of any damage to the plaintiff?

   _____Yes          _____No

   *(Please proceed to Question No. 9.)*

**<u>DAMAGES</u>**

9. If you answered "Yes" to any of Questions 1 through 6, what amount of back pay do you award the plaintiff?

   $_____

   *(Please proceed to No. 10.)*

10. If you answered "Yes" to any of Questions 1, 2, 5 or 6, state the total amount of damages you find for compensatory damages (e.g., pain, suffering, mental anguish).

$ _____

*(Please proceed to Question No. 11.)*

11. If you have answered "Yes" to Questions 1, 2, 5 or 6, do you find that defendant's conduct was malicious or in reckless disregard of plaintiff's rights and that she should be awarded punitive damages?

_____Yes            _____No

*(Please proceed to Question No. 12.)*

12. If you have answered "Yes" to Questions 3 or 4, do you find that plaintiff should be awarded liquidated damages due to a willful violation of the Age Discrimination in Employment Act?

_____Yes            _____No

*(Please proceed to No. 13.)*

13. If you answered "Yes" to Question 7, state the amount of damages, for which you find defendant liable under plaintiff's claim of unjust enrichment.

$ _____

**Your deliberations are now at an end. Please sign and date the Special Verdict Form and return to open court.**

_____          _____
Date                                                             Foreperson's Signature

Dated: January 14, 2008

By _____
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 14th day of January, 2008, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

Scott R. Lucas (ct00517)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com