UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-00057 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | JANUARY 18, 2008 |
| Defendant. | : | |

## MOTION FOR EXTENSION OF TIME TO FILE
## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE

Plaintiff Margaret Mary Kelley hereby moves the Court for an order extending the current February 4, 2008 deadline by which to oppose two Motions in Limine filed by Defendant to March 19, 2008 (two weeks from a scheduled settlement conference). The Motions in Limine at issue were filed by Defendant on January 14, 2008 and are entitled "Defendant's Motion In Limine To Preclude Plaintiff's Use Of Statistical And Testimonial Evidence Regarding The Termination Of Other Employees" and "Motion In Limine To Preclude Plaintiff's Reference To An Unidentified Declarant's Comments."

There is good cause for this request, and the reasons are as follows:

1. The parties filed the Joint Pretrial Memorandum on January 14, 2008.

2. By consent of the parties, a settlement conference has been scheduled to take place before Magistrate Judge Thomas P. Smith on March 5, 2008 in an effort to amicably resolve this litigation which, if successful, will result in a withdrawal of this action.

3.  This request seeks to avoid the additional expenditure of unnecessary attorney time and expense should the parties in fact reach a settlement on March 5, 2008 by extending the deadline by which to oppose the aforementioned Motions in Limine to two weeks after said settlement conference (i.e., until March 19, 2008).

4.  Defendant's counsel has been contacted and consents to an extension to February 27 only.

5.  This is Plaintiff's first request for an extension of time directed toward these motions.

WHEREFORE, the undersigned respectfully requests that the Court enter an order extending the current February 4, 2008 deadline by which to oppose Defendant's two Motions in Limine dated January 14, 2008 to March 19, 2008.

By_____/S/_____
Mary Alice S. Canaday (ct17608)
Scott R. Lucas (ct00517)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mcanaday@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of January, 2008, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Marc L. Zaken, Esq.
John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Boulevard, 13th Floor
Stamford, CT 06901
Phone: (203) 975-7505
Fax: (203) 975-7180
mzaken@EdwardsAngell.com
jstretton@EdwardsAngell.com

_____/S/_____
Mary Alice S. Canaday (ct17608)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mcanaday@mlc-law.com