**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET MARY KELLEY, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 57 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | MARCH 6, 2008 |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side by the Court.

PLAINTIFF
MARGARET MARY KELLEY

By: _____
Scott Lucas, Esq. (CT 00517)
slucas@mlc-law.com
Mary Alice S. Canaday, Esq. (CT 17608)
mcanaday@mlc-law.com
MARTIN LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
(203) 973-5200

DEFENDANT
SUN MICROSYTEMS, INC.

By: _____
Marc L. Zaken, Esq. (CT 03110)
mzaken@eapdlaw.com
John G. Stretton, Esq. (CT 19902)
jstretton@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE, LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819